# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |
|---|---|
| IN RE | ) Chapter 7 |
| MICHAEL A. PINK AND | ) 10-B-47898 |
| SHARON PORTER, | ) Hon. A. Benjamin Goldgar |
| Debtors. | ) |

## NOTICE OF WITHDRAWAL OF
## JOAN M. MONTEZEMOLO'S PROOFS OF CLAIMS

**NOW COMES** JOAN M. MONTEZEMOLO ("Montezemolo"), by and through her undersigned attorneys, and pursuant to FRBP 3006 and that certain Settlement Agreement and Release dated October 29, 2012, by and between Montezemolo and Barry A. Chatz, not individually, but as Chapter 7 Trustee (the "Settlement Agreement"), approved by the Bankruptcy Court on November 26, 2012 (see D.E. 182), hereby gives notice to the Court that the following Proofs of Claims (collectively, the "Claims") are hereby withdrawn, all matters in controversy for which said Claims were filed having been fully settled, compromised and adjusted:

1. Bankruptcy Claim #5, filed July 7, 2011, in the amount of $50,000.00.
2. Bankruptcy Claim #6, filed July 7, 2011, in the amount of $75,000.00.

Dated: December 3, 2012

Respectfully submitted,
**Joan M. Montezemolo**

By: /s/ Neil M. Rosenbaum
One of her attorneys

Vance L. Liebman, Esq. (ARDC #01659332)
vliebman@fvldlaw.com
Neil M. Rosenbaum, Esq. (ARDC #6283878)
nrosenbaum@fvldlaw.com
**Funkhouser Vegosen Liebman & Dunn Ltd.**
55 West Monroe Street, Suite 2300
Chicago, Illinois 60603-5008
Telephone: (312) 701-6800
Facsimile: (312) 701-6801
Attorneys for Joan M. Montezemolo

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that pursuant to Section II, B, 4 of the Administrative Procedures for Case Management/Electronic Case Filing System, he caused a copy of the foregoing Notice of Withdrawal of Joan M. Montezemolo's Proofs of Claims to be served on all persons identified as Registrants through the Court's ECF System and to all persons set forth on the attached Service List, by depositing same in the United States Mail in pre-addressed envelopes, postage prepaid, at 55 West Monroe Street, Chicago, Illinois 60603, on December 3, 2012.

                                                             /s/ Neil M. Rosenbaum

## SERVICE LIST

Michael A. Pink and Sharon
Porter 1515 South Boulevard
Evanston, Illinois 60202

Fifth Third Bank
P.O. Box 829009
Dallas, TX 75382

FDIC
550 17th St. NW
Washington, DC 20429

First Suburban National
Bank 150 S. Fifth Ave.
Maywood, IL 60153

Ford Ruthling
313 E. Berger
Santa Fe, NM 87501

Harvey Vandeven
4260 NE 35th Street
Ocala, FL 34479

Harvey Vandeven
4801 SE 11th Pl.
Ocala, FL 34471

Irvin M. Weisman,
MD 712 N. Dearborn
St. Chicago, IL 60654

Jones Walker Waechter Poitevent Carrere
601 Brickell Key Drive
Suite 500
Miami, FL 33131

Multibank 2009-1 Res-ADV Venture,
LLC 700 NW 107 Avenue
Suite 400
Miami, FL 33172

Ocala National Bank
1601 Bryan Street, Suite 1410
Dallas, Texas 75201-3479

RBC Bank (USA)
c/o John B. Shoemaker, Esq.
P.O. Drawer 1690
Winter Park, FL 32790

RES-FL Marion Sumter, LLC
c/c Querrey & Harrow, LTD.
175 W. Jackson Blvd.
Suite 1600
Chicago, IL 60604

Ruth Ann Schmitt
761 Lawinger Rd.
Mineral Point, WI 53635

Seaway Bank and Trust
Company 645 E. 87th Street
Chicago, IL 60619

W. James Gooding III
Gilligan King Gooding & Gifford
1531 SE 36 Ave.
Ocala, FL 34471

Wells Fargo Bank,
N.A. P.O. Box 54780
Los Angeles, CA 90054-0780

Wells Fargo Home Mortgage
P.O. Box 5296
Carol Stream, IL 60197