# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MICHAEL A. PINK | § | Case No. 10-47898 |
| SHARON PORTER | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/26/2010 . The undersigned trustee was appointed on 10/26/2010 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 585,710.57

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 190,205.00 |
| Bank service fees | 8,931.13 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $ 386,574.44 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) (Page: 1)

The remaining funds are available for distribution.

    5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6.  The deadline for filing non-governmental claims in this case was  07/08/2011  and the deadline for filing governmental claims was  07/08/2011 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7.  The Trustee's proposed distribution is attached as **Exhibit D**.

    8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 32,535.53 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $ 10,000.00  as interim compensation and now requests a sum of $ 22,535.53 , for a total compensation of $ 32,535.53 [2] .  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 97.58 , and now requests reimbursement for expenses of $ 121.15 , for total expenses of $ 218.73 [2] .

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/29/2015 _____     By:/s/BARRY A. CHATZ _____
                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit A

| | | |
|---|---|---|
| Case No: | 10-47898   ABG | Judge:   A. Benjamin Goldgar |
| Case Name: | MICHAEL A. PINK | |
| | SHARON PORTER | |
| For Period Ending: | 10/29/2015 | |

| | |
|---|---|
| Trustee Name: | BARRY A. CHATZ |
| Date Filed (f) or Converted (c): | 10/26/2010 (f) |
| 341(a) Meeting Date: | 12/07/2010 |
| Claims Bar Date: | 07/08/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  REFUND OF RETAINER PAID TO ATTORNEY STEVENS & ASSOCIATES (u) | 0.00 | 27,727.34 | | 27,727.34 | FA |
| 2.  REAL PROPERTY - UNIT 2313, 405 N WABASH, CHICAGO | 200,000.00 | 0.00 | | 0.00 | FA |
| 3.  REAL PROPERTY - PARKING SPACE AT 405 NORTH WABASH | 50,000.00 | 0.00 | | 0.00 | FA |
| 4.  REAL PROPERTY - 1515 SOUTH BLVD., EVANSTON, IL | 305,500.00 | 0.00 | | 0.00 | FA |
| 5.  CLOTHING | 400.00 | 0.00 | | 0.00 | FA |
| 6.  IRA, KEOGH, PENSION | Unknown | Unknown | | 0.00 | FA |
| 7.  STOCK, BUSINESS INTERESTS - .617% OF GRP-BRICKTOWN LLC | 750.00 | 6,600.00 | | 6,600.00 | FA |
| 8.  STOCK, BUSINESS INTERESTS - 50% INTEREST IN SP-002 LLC WHICH | 500,000.00 | 0.00 | | 0.00 | FA |
| 9.  STOCK, BUSINESS INTERESTS - 9% MEMBERSHIP INTEREST IN FIREPI | 0.00 | 0.00 | | 0.00 | FA |
| 10.  STOCK, BUSINESS INTERESTS - MAP REAL ESTATE, INC. | 0.00 | 96,733.40 | | 96,733.40 | FA |
| 11.  STOCK, BUSINESS INTERESTS - PARTIAL INTEREST IN JANUS TO CEN | 187,500.00 | 0.00 | | 0.00 | FA |
| 12.  EQUITABLE OR FUTURE INTERESTS - BERNICE PINK IRREVOCABLE TRU | 0.00 | 0.00 | | 0.00 | FA |
| 13.  EQUITABLE OR FUTURE INTERESTS - DAVID AND INEZ MYERS FAMILY | 0.00 | 0.00 | | 0.00 | FA |
| 14.  AUTOMOBILES, TRUCKS, TRAILERS | 1,500.00 | 0.00 | | 0.00 | FA |
| 15.  PREFERENCE SETTLEMENT WITH FIFTH THIRD BANK (u) | 0.00 | 28,308.00 | | 28,308.00 | FA |
| 16.  REAL PROPERTY - 1231 NW 102 BLVD., WILDWOOD, FL (u) | 370,000.00 | 0.00 | | 0.00 | FA |
| 17.  BANK ACCOUNTS - HSBC ACCOUNT IN PANAMA FOR MAP INTERNATIONAL (u) | 0.00 | 128,856.70 | | 128,856.70 | FA |
| 18.  SANCTIONS AWARDED TO TRUSTEE (u) | 0.00 | 12,112.03 | | 12,112.03 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit A

| Case No: | 10-47898 | ABG | Judge: | A. Benjamin Goldgar | Trustee Name: | BARRY A. CHATZ |
| Case Name: | MICHAEL A. PINK | | | | Date Filed (f) or Converted (c): | 10/26/2010 (f) |
| | SHARON PORTER | | | | 341(a) Meeting Date: | 12/07/2010 |
| For Period Ending: | 10/29/2015 | | | | Claims Bar Date: | 07/08/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 19.  TAX REFUNDS - 2010 FEDERAL INCOME TAX REFUND (u) | 350.00 | 0.00 | | 8,125.00 | FA |
| 20.  TAX REFUNDS - 2010 STATE INCOME TAX REFUND (u) | 0.00 | 0.00 | | 3,348.00 | FA |
| 21.  TAX REFUNDS - 2009 FEDERAL INCOME TAX REFUND (u) | 0.00 | 0.00 | | 748.00 | FA |
| 22.  PREFERENCE SETTLEMENT WITH BERNICE PINK FOR JEWELRY TURNED O (u) | 0.00 | 0.00 | | 17,000.00 | FA |
| 23.  PREFERENCE SETTLEMENT WITH BOREL PRIVATE BANK (u) | 0.00 | 30,832.37 | | 30,832.37 | FA |
| 24.  BANK ACCOUNTS - ASSOCIATED BANK JOINT CHECKING (u) | Unknown | 0.00 | | 0.00 | FA |
| 25.  PREFERENCE SETTLEMENT WITH JOAN MONTEZEMOLO (u) | 0.00 | 25,000.00 | | 25,000.00 | FA |
| 26.  BANK ACCOUNTS - CLOSED ACCOUNT AT ROYAL BANK OF CANADA (u) | 0.00 | N/A | | 0.00 | FA |
| 27.  PREFERENCE SETTLEMENT WITH DEBTORS (u) | 0.00 | 200,000.00 | | 200,000.00 | FA |
| 28.  BANK ACCOUNTS - FIFTH THIRD CHECKING ACCOUNT FOR HELOC PAYME (u) | 0.00 | 0.00 | | 0.00 | FA |
| 29.  BANK ACCOUNTS - HEALTH SAVINGS ACCOUNT AT ACS/BNYM (u) | 0.00 | 0.00 | | 0.00 | FA |
| 30.  BANK ACCOUNTS - HEALTH SAVINGS ACCOUNT AT ACS/BNYM (u) | 0.00 | 0.00 | | 0.00 | FA |
| 31.  HOUSEHOLD ITEMS (FURNITURE, UTENSILS, APPLIANCES) (u) | 0.00 | 0.00 | | 0.00 | FA |
| 32.  BOOKS, PICTURES, ART, COLLECTIONS (u) | 0.00 | 0.00 | | 0.00 | FA |
| 33.  BOOKS COMPACT DISCS, RECORD ALBUMS (u) | 0.00 | 0.00 | | 0.00 | FA |
| 34.  BOOKS, PICTURES, ART, COLLECTIONS - ROCK COLLECTION, WEAVING (u) | 0.00 | 0.00 | | 0.00 | FA |
| 35.  BOOKS, PICTURES, ART, COLLECTIONS - ART IN POSSESSION OF HOW (u) | 0.00 | 0.00 | | 0.00 | FA |
| 36.  ISURANCE POLICIES - INSURANCE TRUST (u) | 0.00 | 0.00 | | 0.00 | FA |

**FORM 2**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| | |
|---|---|
| Case No: 10-47898 ABG | |
| Judge: A. Benjamin Goldgar | |
| Case Name: MICHAEL A. PINK | |
| SHARON PORTER | |
| For Period Ending: 10/29/2015 | |

| | |
|---|---|
| Trustee Name: | BARRY A. CHATZ |
| Date Filed (f) or Converted (c): | 10/26/2010 (f) |
| 341(a) Meeting Date: | 12/07/2010 |
| Claims Bar Date: | 07/08/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 37. IRA, ERISA, KEOGH, OTHER - ENTRUST GREAT LAKES CLIENT SERVIC (u) | 0.00 | 0.00 | | 0.00 | FA |
| 38. IRA, ERISA, KEOGH, OTHER - ENTRUST GREAT LAKES CLIENT SERVIC (u) | 0.00 | 0.00 | | 0.00 | FA |
| 39. IRA, ERISA, KEOGH, OTHER - MAP MERRILL LYNCH PENSION FUND (u) | 0.00 | 0.00 | | 0.00 | FA |
| 40. IRA, ERISA, KEOGH, OTHER - MERRILL LYNCH IRA (u) | 0.00 | 0.00 | | 0.00 | FA |
| 41. IRA, ERISA, KEOGH, OTHER - MERRILL LYNCH IRA (u) | 0.00 | 0.00 | | 0.00 | FA |
| 42. IRA, ERISA, KEOGH, OTHER - TWO ACCOUNTS HELD AT ASSOCIATED B (u) | 0.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 319.73 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)         $1,616,000.00       $556,169.84              $585,710.57       $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

EIN for Michael Pink 38-6970106
EIN for Sharon Porter 38-7069668

| | | |
|---|---|---|
| RE PROP # | 1 -- | REFUND OF RETAINER PAID TO ATTORNEY STEVENS & ASSOCIATES DURING THE PREFERENCE PERIOD BY DEBTOR |
| RE PROP # | 2 -- | Condominium at 405 North Wabash Unit 2313 used for office purposes |
| RE PROP # | 3 -- | Deeded parking space at 405 N. Wabash Building |
| RE PROP # | 4 -- | Single family home at 1515 South Boulevard, Evanston, Illinois |
| RE PROP # | 5 -- | Usual clothing for two adults |

Exhibit A

| | | | |
|---|---|---|---|
| RE PROP # | 6 | -- | DEBTORS ARE OWNERS OF REIRA, LLC, AN ILLINOIS COMPANY ESTABLISHED FOR THEIR IRA FUNDS FOR INVESTMENT PURPOSES. THE MEMBERSHIP INTEREST HAS NO INTRINSIC MARKET VALUE AND THE FUNDS HELD BY REIRA LLC ARE INCLUDED IN THE SEPARATE LISTING OF DEBTORS' EXEMPT IRA FUNDS |
| RE PROP # | 7 | -- | .617% of GRP-Bricktown LLC sold pursuant to Court Order entered 4/13/11 (Docket No. 79) |
| RE PROP # | 8 | -- | 50% interest in SP-002, LLC, which owns 72.5 acre parcel in Wildwood, Florida |
| RE PROP # | 9 | -- | 9% membership interest in Firepit Restaurant LLC, a California LLC |
| RE PROP # | 10 | -- | MAP Real Estate, Inc. interest sold pursuant to Court Order |
| RE PROP # | 11 | -- | Partial interest in Janus to Central Florida, Inc.; this entity is the general partner in Sumter Porta, LLLP, an entity that owns Wildwood Florida, 25-acre parcel of vacant land; Sumter Porta LLLP is also a member of Sumter Wade Development LLC |
| RE PROP # | 12 | -- | Debtor is a one-third owner under an Irrevocable Trust Agreement created by Bernice Pink in 1994.  This trust owns a residence at 100 East Huron, Chicago, Unit 1107.  The grantor is still living.  Debtor's interest in this trust is not property of the estate and may not be reached by creditors of any beneficiary. |
| RE PROP # | 13 | -- | Debtor is beneficiary of David and Inez Myers Family Charitable Lead Trust Agreement created in 1976.  The value is unknown and the debtor's interest is not property of the estate because it is an irrevocable trust whose assets may not be reached by creditors. |
| RE PROP # | 14 | -- | 1998 Toyota Camry with 100,000 miles |
| RE PROP # | 15 | -- | PREFERENCE PAYMENTS TO FIFTH THIRD BANK MADE BY DEBTOR DURING PREFERENCE PERIOD |
| RE PROP # | 16 | -- | Farm land located at 1231 Northwest 102nd Blvd., Wildwood, Florida |
| RE PROP # | 17 | -- | Account held at HSBC in Panama for use and benefit of MAP International Foundation (account has zero balance)<br>TRUSTEE OBTAINED TURNOVER OF FUNDS THAT WERE PREVIOUSLY HELD BY PANAMA ATTORNEY GILBERTO AROSOMENA<br>CLAIMED VALUE $139,000.00 |
| RE PROP # | 18 | -- | Sanctions Awarded to Trustee pursuant to court orders entered:<br>(1) 6/4/12 for $940.38 in 10B47898;<br>(2) 5/2/12 for $1,650.00 in 11A01272; and<br>(3) 11/5/12 for $9,521.65 in 11C6003. |
| RE PROP # | 19 | -- | 2010 FEDERAL INCOME TAX REFUND |
| RE PROP # | 20 | -- | 2010 STATE INCOME TAX REFUND |
| RE PROP # | 21 | -- | 2009 FEDERAL INCOME TAX REFUND |
| RE PROP # | 22 | -- | Pursuant to Settlement Agreement approved by Court Order entered 6/27/12 (Docket Item No. 169) for jewelry turned over to Bernice Pink prepetition |
| RE PROP # | 23 | -- | Adversary 12A1080 - Settlement with Borel Private Bank and Trust Company, A Division of Boston Private Bank and Trust Company, as Trustee of Testamentary Trust of Ira Pink pursuant to Order entered 9/5/12 (Docket Item No. 172) |
| RE PROP # | 25 | -- | Preference Settlement for art work transferred to Joan Montezemolo during the preference period pursuant to Court Order entered 11/21/12 (Docket No. 182) |
| RE PROP # | 27 | -- | SETTLEMENT AGREEMENT WITH DEBTORS FOR PREFERENCE ACTIONS PURSUANT TO COURT ORDER ENTERED 7/10/13 (DOCKET NO. 192) |
| RE PROP # | 29 | -- | VALUED BY DEBTOR AT $97.03 |

Exhibit A

RE PROP #   32   --   1 small dinosaur sculpture (scrap bronze value @ $1.70/lb = prox.) $25; 4 kingfisher prints (@same value provided by FL dealer who has the other prints) $240; 4 old photos of Yosemite (@ price given by two dealers) $120; 1 photo of moonrise (@ price given by photographer) $50; 1 photo of cowboy boots (@ price given by photographer) $50; 12 copper luster pottery (@ price given by antique dealer) $90; 1 small area rug $50; 4 old books $50; 2 quilts $100; 4 small Indian baskets $200 (total of these items is $975)

RE PROP #   33   --   VALUED BY DEBTOR AT $500.00

RE PROP #   35   --   23 RICHARD BOWDLER SHARPE FAMILY OF KINGFISHERS PRINTS ($1,160); 1 PEONY IMAGE BY BASEL BESLER ($1,500); 4 SEA SHELLS ($40); TOTAL VALUE ($2,700)

RE PROP #   36   --   HUSBAND IS GRANTOR AND WIFE IS TRUSTEE OF LIFE INSURANCE TRUST THAT OWNS TERM POLICY

RE PROP #   37   --   CLAIMED VALUE $6,100.00

RE PROP #   38   --   CLAIMED VALUE $7,300.00

RE PROP #   39   --   CLAIMED VALUE $423.87

RE PROP #   40   --   CLAIMED VALUE $6,500.00

RE PROP #   41   --   CLAIMED VALUE $5,400.00

RE PROP #   42   --   CLAIMED VALUE $13,500.00

Initial Projected Date of Final Report (TFR): 12/31/2011        Current Projected Date of Final Report (TFR): 06/30/2015

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 10-47898 | Trustee Name: BARRY A. CHATZ |
| Case Name: MICHAEL A. PINK | Bank Name: Union Bank |
| SHARON PORTER | Account Number/CD#: XXXXXX0441 |
| | Checking |
| Taxpayer ID No: XX-XXX0106 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/29/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/21/15 | | Transfer from Acct # xxxxxx9162 | Transfer of Funds | 9999-000 | $386,574.44 | | $386,574.44 |

| | | | |
|---|---|---|---|
| | COLUMN TOTALS | $386,574.44 | $0.00 |
| | Less: Bank Transfers/CD's | $386,574.44 | $0.00 |
| | Subtotal | $0.00 | $0.00 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $0.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

Page Subtotals: $386,574.44 $0.00

## FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | |
|---|---|---|
| Case No: 10-47898 | Trustee Name: BARRY A. CHATZ | |
| Case Name: MICHAEL A. PINK | Bank Name: Bank of America | |
| SHARON PORTER | Account Number/CD#: XXXXXX7196 | |
| | Money Market Account (Interest Earn | |
| Taxpayer ID No: XX-XXX0106 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 10/29/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/07/11 | 1 | STEVENS & ASSOCIATES 111 WEST JACKSON 14TH FLOORCHICAGO, IL 60604-3589 | PREFERENCE SETTLEMENT | 1241-000 | $27,695.40 | | $27,695.40 |
| 04/07/11 | 1 | STEVENS & ASSOCIATES 111 WEST JACKSON 14TH FLOORCHICAGO, IL 60604-3589 | PREFERENCE SETTLEMENT | 1241-000 | $31.94 | | $27,727.34 |
| 04/25/11 | 7 | SCOTT INBINDER BETH INBINDER1116 WEST WOLFRAM STREETCHICAGO, IL 60657 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $3,300.00 | | $31,027.34 |
| 04/25/11 | 7 | DAVID J. LASKY TRUST 9430 WEST BRYN MAWR AVENUESUITE 850CHICAGO, IL 60631-3448 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $3,300.00 | | $34,327.34 |
| 04/29/11 | 15 | FIFTH THIRD BANK | PREFERENCE SETTLEMENT | 1241-000 | $28,308.00 | | $62,635.34 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.14 | | $62,635.48 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.52 | | $62,636.00 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.51 | | $62,636.51 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.63 | | $62,637.14 |
| 07/29/11 | 17 | GILBERTO AROSOMENA | BANK ACCOUNT Bank Serial #: 000000 | 1229-000 | $128,856.70 | | $191,493.84 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $1.63 | | $191,495.47 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $1.57 | | $191,497.04 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $1.63 | | $191,498.67 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $243.96 | $191,254.71 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $1.57 | | $191,256.28 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*          Page Subtotals:          $191,500.24          $243.96

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 10-47898 | Trustee Name: BARRY A. CHATZ |
| Case Name: MICHAEL A. PINK | Bank Name: Bank of America |
| SHARON PORTER | Account Number/CD#: XXXXXX7196 |
| | Money Market Account (Interest Earn |
| Taxpayer ID No: XX-XXX0106 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/29/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $235.79 | $191,020.49 |
| 12/14/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | $0.68 | | $191,021.17 |
| 12/14/11 | | Transfer to Acct # XXXXXX7659 | Final Posting Transfer | 9999-000 | | $191,021.17 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $191,500.92 | $191,500.92 |
| Less: Bank Transfers/CD's | $0.00 | $191,021.17 |
| Subtotal | $191,500.92 | $479.75 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $191,500.92 | $479.75 |

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*

Page Subtotals:   $0.68   $191,256.96

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: 10-47898 | Trustee Name: BARRY A. CHATZ |
| Case Name: MICHAEL A. PINK | Bank Name: Bank of America |
| SHARON PORTER | Account Number/CD#: XXXXXX7659 |
| | BofA - Checking Account |
| Taxpayer ID No: XX-XXX0106 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/29/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/14/11 | | Transfer from Acct # XXXXXX7196 | Transfer In From MMA Account | 9999-000 | $191,021.17 | | $191,021.17 |
| 12/16/11 | INT | FOREIGN CURRENCY FEE LITIGATION FUN Settlement Claim PaymentP.O. Box 290Philadelphia, PA 19105-0290 | INTEREST | 1270-000 | $253.21 | | $191,274.38 |
| 01/05/12 | 3001 | BARRY A. CHATZ, TRUSTEE OF THE ESTA of Michael Pink and Sharon Porter120 S. Riverside Plaza, Suite 1200Chicago, IL 60606 | TRUSTEE COMPENSATION PER 1/4/12 COURT ORDER | | | $10,097.58 | $181,176.80 |
| | | CHATZ, BARRY A. | ($10,000.00) | 2100-000 | | | |
| | | CHATZ, BARRY A. | ($97.58) | 2200-000 | | | |
| 01/05/12 | 3002 | GREGORY K. STERN, P.C. 53 WEST JACKSON BOULEVARDSUITE 1442CHICAGO, IL  60604 | ATTORNEY FOR TRUSTEE | | | $77,083.54 | $104,093.26 |
| | | GREGORY K. STERN, P.C. | ($73,328.50) | 3210-000 | | | |
| | | STERN, GREGORY K. | ($3,755.04) | 3220-000 | | | |
| 01/20/12 | | Transfer to Acct # XXXXXX4273 | BANK FUNDS TRANSFER | 9999-000 | | $104,093.26 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $191,274.38 | $191,274.38 |
| Less: Bank Transfers/CD's | $191,021.17 | $104,093.26 |
| Subtotal | $253.21 | $87,181.12 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $253.21 | $87,181.12 |

Page Subtotals:    $191,274.38    $191,274.38

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: 10-47898 | | | | Trustee Name: BARRY A. CHATZ | | |
| Case Name: MICHAEL A. PINK | | | | Bank Name: Congressional Bank | | |
| SHARON PORTER | | | | Account Number/CD#: XXXXXX4273 | | |
| | | | | Checking Account | | |
| Taxpayer ID No: XX-XXX0106 | | | | Blanket Bond (per case limit): $5,000,000.00 | | |
| For Period Ending: 10/29/2015 | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/20/12 | | Transfer from Acct # XXXXXX7659 | BANK FUNDS TRANSFER | 9999-000 | $104,093.26 | | $104,093.26 |
| 02/06/12 | 3001 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREETSUITE 420NEW ORLEANS, LA 70139 | CHAPTER 7 BOND PREMIUM PRO RATA SHARE OF TRUSTEE'S BLANKET BOND PREMIUM | 2300-000 | | $108.32 | $103,984.94 |
| 06/05/12 | 18 | THE LAW OFFICES OF BRADLEY H. FOREM 120 S. State StreetSuite 535Chicago, IL 60603-5503 | OTHER RECEIPTS | 1290-000 | $1,650.00 | | $105,634.94 |
| 06/06/12 | | MICHAEL PINK AND SHARON PORTER | TAX REFUND | | $12,221.00 | | $117,855.94 |
| | | | Gross Receipts $12,221.00 | | | | |
| | 20 | | TAX REFUNDS - 2010 STATE $3,348.00 INCOME TAX REFUND | 1224-000 | | | |
| | 19 | | TAX REFUNDS - 2010 $8,125.00 FEDERAL INCOME TAX REFUND | 1224-000 | | | |
| | 21 | | TAX REFUNDS - 2009 $748.00 FEDERAL INCOME TAX REFUND | 1224-000 | | | |
| 06/06/12 | 3002 | GREGORY K. STERN, P.C. 53 WEST JACKSON BOULEVARDSUITE 1442CHICAGO, ILLINOIS 60604 | ATTORNEY FOR TRUSTEE | | | $43,333.73 | $74,522.21 |
| | | GREGORY K. STERN, P.C. | ATTORNEY FOR TRUSTEE $0.00 | 3210-000 | | | |
| | | GREGORY K. STERN, P.C. | ATTORNEY FOR TRUSTEE $0.00 | 3220-002 | | | |
| | | GREGORY K. STERN, P.C. | ($41,617.00) | 3210-000 | | | |
| | | STERN, GREGORY K. | ($1,716.73) | 3220-002 | | | |
| 06/11/12 | 3003 | MARK ENGEL PRO-GEMS JEWELERS, LTD.5 SOUTH WABASH, SUITE 200CHICAGO, IL 50502 | ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO COURT ORDER ENTERED 2/22/12 JEWELRY APPRAISER | 2990-000 | | $500.00 | $74,022.21 |

UST Form 101-7-TFR (5/1/2011) *(Page: 12)* Page Subtotals: $117,964.26 $43,942.05

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: 10-47898 | | Trustee Name: BARRY A. CHATZ |
| Case Name: MICHAEL A. PINK | | Bank Name: Congressional Bank |
| SHARON PORTER | | Account Number/CD#: XXXXXX4273 |
| | | Checking Account |
| Taxpayer ID No: XX-XXX0106 | | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/29/2015 | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/18/12 | 22 | BERNICE PINK | LIQUIDATION OF UNSCHEDULED ASSET | 1241-000 | $4,250.00 | | $78,272.21 |
| 07/09/12 | 22 | BERNICE PINK | LIQUIDATION OF UNSCHEDULED ASSET | 1241-000 | $4,250.00 | | $82,522.21 |
| 08/13/12 | 22 | BERNICE PINK | LIQUIDATION OF UNSCHEDULED ASSET | 1241-000 | $4,250.00 | | $86,772.21 |
| 08/29/12 | 18 | LAW OFFICES OF BRADLEY H. FOREMAN 120 S. STATE STREET, SUITE 535CHICAGO, IL 60603-5503 | OTHER RECEIPTS | 1290-000 | $940.38 | | $87,712.59 |
| 09/13/12 | 22 | BERNICE PINK | LIQUIDATION OF UNSCHEDULED ASSET | 1241-000 | $4,250.00 | | $91,962.59 |
| 09/28/12 | 3004 | CASSIOPEIA FINE ARTS, LTD. 330 South Dearborn StreetChicago, IL 60604 | ADMINISTRATIVE EXPENSE CLAIM APPRAISAL SERVICES FOR ARTWORK PURSUANT TO 10/17/11 COURT ORDER | 3711-000 | | $2,600.00 | $89,362.59 |
| 10/18/12 | 23 | BOSTON PRIVATE BANK & TRUST COMPANY | LIQUIDATION OF UNSCHEDULED ASSET | 1229-000 | $30,832.37 | | $120,194.96 |
| 12/01/12 | | Reverses Check # 3005 | PREFERENCE SETTLEMENT CHECK RECEIVED FROM JOAN K. MONTEZEMOLO - NOT MADE PAYABLE TO JOAN K. MONTEZEMOLO | 1241-000 | $25,000.00 | | $145,194.96 |
| 12/01/12 | 25 | JOAN K. MONTEZEMOLO 420 E. WATERSIDE DRIVEUNIT 4010CHICAGO, IL 60601 | LIQUIDATION OF UNSCHEDULED ASSET | 1241-000 | $25,000.00 | | $170,194.96 |
| 12/01/12 | 3005 | JOAN K. MONTEZEMOLO 420 E. WATERSIDE DRIVEUNIT 4010CHICAGO, IL 60601 | PREFERENCE SETTLEMENT | 1241-000 | ($25,000.00) | | $145,194.96 |
| 12/14/12 | 18 | LAW OFFICES OF BRADLEY H. FOREMAN P 120 S. State StreetSuite 535Chicago, IL 60603-5503 | LIQUIDATION OF UNSCHEDULED ASSET | 1290-000 | $1,500.00 | | $146,694.96 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 10-47898 | Trustee Name: BARRY A. CHATZ |
| Case Name: MICHAEL A. PINK | Bank Name: Congressional Bank |
| SHARON PORTER | Account Number/CD#: XXXXXX4273 |
| | Checking Account |
| Taxpayer ID No: XX-XXX0106 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/29/2015 | Separate Bond (if applicable): |

Exhibit B

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/14/12 | 18 | LAW OFFICES OF BRADLEY H FOREMAN, P 120 S. STATE STREETSUITE 535CHICAGO, IL 60603 | LIQUIDATION OF UNSCHEDULED ASSET | 1290-000 | $521.65 | | $147,216.61 |
| 01/11/13 | 18 | LAW OFFICES OF BRADLEY H. FOREMAN, 120 S. STATE STREETSUITE 535CHICAGO, IL 60603-5503 | LIQUIDATION OF UNSCHEDULED ASSET | 1290-000 | $625.00 | | $147,841.61 |
| 01/22/13 | 3006 | GREGORY K. STERN, PC 53 WEST JACKSON BOULEVARDSUITE 1442CHICAGO, IL 60604 | ATTORNEY FOR TRUSTEE | | | $36,529.15 | $111,312.46 |
| | | GREGORY K. STERN, PC | ATTORNEY FOR TRUSTEE           $0.00 | 3210-002 | | | |
| | | GREGORY K. STERN, PC | ATTORNEY FOR TRUSTEE           $0.00 | 3220-002 | | | |
| | | GREGORY K. STERN, P.C. | ($34,861.00) | 3210-000 | | | |
| | | STERN, GREGORY K. | ($1,668.15) | 3220-000 | | | |
| 02/19/13 | | Trsf To BANK OF NEW YORK  MELLON | FINAL TRANSFER | 9999-000 | | $111,312.46 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $194,383.66 | $194,383.66 |
| Less: Bank Transfers/CD's | $104,093.26 | $111,312.46 |
| Subtotal | $90,290.40 | $83,071.20 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $90,290.40 | $83,071.20 |

| | | |
|---|---|---|
| Page Subtotals: | $1,146.65 | $147,841.61 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | |
|---|---|---|
| Case No: 10-47898 | Trustee Name: BARRY A. CHATZ | |
| Case Name: MICHAEL A. PINK | Bank Name: The Bank of New York Mellon | |
| SHARON PORTER | Account Number/CD#: XXXXXX9162 | |
| | Checking Account | |
| Taxpayer ID No: XX-XXX0106 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 10/29/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/19/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | $111,312.46 | | $111,312.46 |
| 02/21/13 | 300001 | INTERNATIONAL SURETIES, LTD. 701 Poydras Street, Suite 420New Orleans, LA 70139 | CHAPTER 7 BOND PREMIUM | 2300-000 | | $94.31 | $111,218.15 |
| 02/22/13 | 18 | BRADLEY H. FOREMAN, P.C. 120 S. STATE STREETSUITE 535CHICAGO, IL 60603 | LITIGATION SETTLEMENT | 1290-000 | $625.00 | | $111,843.15 |
| 03/07/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | $53.46 | $111,789.69 |
| 03/11/13 | 18 | BRADLEY H. FOREMAN, P.C. 120 S. STATE STREETSUITE 535CHICAGO, IL 60603-5503 | LITIGATION SETTLEMENT | 1290-000 | $625.00 | | $112,414.69 |
| 03/27/13 | 18 | BRADLEY H. FOREMAN, PC 120 S. State StreetSuite 535Chicago, IL 60603-5503 | LITIGATION SETTLEMENT | 1290-000 | $625.00 | | $113,039.69 |
| 04/05/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | $166.85 | $112,872.84 |
| 05/01/13 | 18 | BRADLEY H. FOREMAN, P.C. 120 SOUTH STATE STREETSUITE 535CHICAGO, IL 60603 | LIQUIDATION OF UNSCHEDULED ASSET | 1290-000 | $625.00 | | $113,497.84 |
| 05/07/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | $162.38 | $113,335.46 |
| 05/09/13 | 18 | BRADLEY H. FOREMAN, P.C. 120 S. State StreetSuite 535Chicago, IL 60603-5503 | LITIGATION SETTLEMENT | 1290-000 | $625.00 | | $113,960.46 |
| 05/15/13 | 18 | BRADLEY H. FOREMAN, P.C. 120 S. STATE STREETSUITE 535CHICAGO, IL 60603-5503 | LITIGATION SETTLEMENT | 1290-000 | $625.00 | | $114,585.46 |
| 06/07/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | $169.46 | $114,416.00 |
| 06/11/13 | 18 | BRADLEY H. FOREMAN, P.C. 120 S. STATE STREETSUITE 535CHICAGO, IL 60603 | LIQUIDATION OF UNSCHEDULED ASSET | 1290-000 | $625.00 | | $115,041.00 |

Page Subtotals:   $115,687.46   $646.46

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | | |
|---|---|---|---|
| Case No: 10-47898 | | Trustee Name: BARRY A. CHATZ | |
| Case Name: MICHAEL A. PINK | | Bank Name: The Bank of New York Mellon | |
| SHARON PORTER | | Account Number/CD#: XXXXXX9162 | |
| | | Checking Account | |
| Taxpayer ID No: XX-XXX0106 | | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 10/29/2015 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/01/13 | 18 | LAW OFFICES OF BRADLEY H FOREMAN, P 120 SOUTH STATE STREETSUITE 535CHICAGO, IL 60603-5503 | SETTLEMENT | 1290-000 | $625.00 | | $115,666.00 |
| 07/05/13 | 18 | BRADLEY H. FOREMAN, P.C. 120 SOUTH STATE STREETSUITE 535CHICAGO, IL 60603-5503 | SETTLEMENT | 1290-000 | $625.00 | | $116,291.00 |
| 07/08/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | $165.16 | $116,125.84 |
| 07/18/13 | 18 | BRADLEY H. FOREMAN, P.C. 120 SOUTH STATE STREETSUITE 535CHICAGO, IL 60603-5503 | SETTLEMENT | 1290-000 | $625.00 | | $116,750.84 |
| 07/19/13 | INT | AMERICAN EXPRESS FOREIGN CURRENCY FEE LITIGATION SETTLE FUND | INTEREST | 1270-000 | $57.64 | | $116,808.48 |
| 07/28/13 | 18 | LAW OFFICES OF BRADLEY FOREMAN, P.C 120 SOUTH STATE STREETSUITE 535CHICAGO, IL 60603-5503 | LITIGATION SETTLEMENT | 1290-000 | $625.00 | | $117,433.48 |
| 08/07/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | $201.48 | $117,232.00 |
| 08/30/13 | 27 | WIRE IN FROM DEBTORS PER SETTLEMENT | LITIGATION SETTLEMENT | 1249-000 | $200,000.00 | | $317,232.00 |
| 09/09/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | $471.20 | $316,760.80 |
| 10/07/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | $455.80 | $316,305.00 |
| 11/07/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | $470.26 | $315,834.74 |
| 12/06/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | $454.42 | $315,380.32 |
| 12/20/13 | 300002 | GREGORY K. STERN, P.C. 53 WEST JACKSON BOULEVARDSUITE 1442CHICAGO, IL 60604 | ATTORNEY FOR TRUSTEE PURSUANT TO 12/18/13 COURT ORDER | | | $16,728.45 | $298,651.87 |
| | | GREGORY K. STERN, P.C. | ($16,718.00) | 3210-000 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| UST Form 101-7-TFR (5/1/2011) *(Page: 16)* | | Page Subtotals: | | $202,557.64 | $18,946.77 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | Exhibit B |
|---|---|---|---|---|---|---|
| Case No: 10-47898 | | | Trustee Name: BARRY A. CHATZ | | | |
| Case Name: MICHAEL A. PINK | | | Bank Name: The Bank of New York Mellon | | | |
| SHARON PORTER | | | Account Number/CD#: XXXXXX9162 | | | |
| | | | Checking Account | | | |
| Taxpayer ID No: XX-XXX0106 | | | Blanket Bond (per case limit): $5,000,000.00 | | | |
| For Period Ending: 10/29/2015 | | | Separate Bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | STERN, GREGORY K. | ($10.45) | 3220-000 | | | |
| 01/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $468.86 | $298,183.01 |
| 02/03/14 | 300003 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET, SUITE 420NEW ORLEANS, LA 70139 | CHAPTER 7 BOND PREMIUM | 2300-000 | | $245.51 | $297,937.50 |
| 02/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $444.95 | $297,492.55 |
| 03/05/14 | 300004 | CASSIOPEIA FINE ARTS, LTD. 330 SOUTH DEARBORNCHICAGO, IL 60604 | CONSULTANT FEES PURSUANT TO COURT ORDER | 3711-000 | | $2,600.00 | $294,892.55 |
| 03/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $399.62 | $294,492.93 |
| 03/11/14 | 300004 | Reverses Check # 300004 | CONSULTANT FEES DUPLICATE PAYMENT | 3711-000 | | ($2,600.00) | $297,092.93 |
| 03/21/14 | | ADJUSTMENT FOR REVERSAL OF CHECK 30 | ADJUSTMENT OUT | 3711-000 | | $2,600.00 | $294,492.93 |
| 04/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $441.68 | $294,051.25 |
| 05/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $423.83 | $293,627.42 |
| 06/06/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $436.54 | $293,190.88 |
| 07/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $421.82 | $292,769.06 |
| 08/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $435.28 | $292,333.78 |
| 09/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $434.62 | $291,899.16 |
| 10/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $420.00 | $291,479.16 |
| 11/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $433.35 | $291,045.81 |

Page Subtotals:                    $0.00        $7,606.06

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-47898

Case Name: MICHAEL A. PINK

SHARON PORTER

Taxpayer ID No: XX-XXX0106

For Period Ending: 10/29/2015

Trustee Name: BARRY A. CHATZ

Bank Name: The Bank of New York Mellon

Account Number/CD#: XXXXXX9162

Checking Account

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

Exhibit B

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/05/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $418.75 | $290,627.06 |
| 12/23/14 | 10 | WIRE FROM CLOSING OF PANAMA REAL ES | LIQUIDATION OF OTHER ASSET | 1110-000 | $96,733.40 | | $387,360.46 |
| 01/08/15 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $501.61 | $386,858.85 |
| 02/04/15 | 300005 | Arthur B. Levine Company Surety Bond Agency 60 East 42nd Street - Room 965 New York, NY 10165 | 2015 Bond Premium | 2300-000 | | $284.41 | $386,574.44 |
| 08/21/15 | | Transfer to Acct # xxxxxx0441 | Transfer of Funds | 9999-000 | | $386,574.44 | $0.00 |

|  | | |
|---|---|---|
| COLUMN TOTALS | $414,978.50 | $414,978.50 |
| Less: Bank Transfers/CD's | $111,312.46 | $386,574.44 |
| Subtotal | $303,666.04 | $28,404.06 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $303,666.04 | $28,404.06 |

UST Form 101-7-TFR (5/1/2011) *(Page: 18)*          Page Subtotals:          $96,733.40          $387,779.21

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0441 - Checking | $0.00 | $0.00 | $386,574.44 |
| XXXXXX4273 - Checking Account | $90,290.40 | $83,071.20 | $0.00 |
| XXXXXX7196 - Money Market Account (Interest Earn | $191,500.92 | $479.75 | $0.00 |
| XXXXXX7659 - BofA - Checking Account | $253.21 | $87,181.12 | $0.00 |
| XXXXXX9162 - Checking Account | $303,666.04 | $28,404.06 | $0.00 |
| | $585,710.57 | $199,136.13 | $386,574.44 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | | |
|---|---|---|
| Total Allocation Receipts: | $0.00 | |
| Total Net Deposits: | $585,710.57 | |
| Total Gross Receipts: | $585,710.57 | |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:10-47898-ABG                                                       Date: October 29, 2015
Debtor Name: MICHAEL A. PINK
Claims Bar Date: 7/8/2011

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100<br>2100 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>CHICAGO, IL  60606-0000 | Administrative | | $0.00 | $22,535.53 | $22,535.53 |
| 100<br>2200 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>CHICAGO, IL  60606-0000 | Administrative | | $0.00 | $121.15 | $121.15 |
| 100<br>3210 | GREGORY K. STERN, P.C.<br>53 WEST JACKSON<br>BOULEVARD<br>SUITE 1428<br>CHICAGO, IL  60604 | Administrative | | $0.00 | $7,599.00 | $7,599.00 |
| 100<br>3410 | POPOWCER KATTEN, LTD.<br>35 EAST WACKER DRIVE<br>SUITE 1550<br>CHICAGO, IL  60601-2207 | Administrative | | $0.00 | $3,550.00 | $3,550.00 |
| 100<br>3420 | POPOWCER KATTEN, LTD.<br>35 EAST WACKER DRIVE<br>SUITE 1550<br>CHICAGO, IL  60601-2124 | Administrative | | $0.00 | $12.43 | $12.43 |
| 99<br>3220 | GREGORY K. STERN<br>53 WEST JACKSON<br>BOULEVARD<br>SUITE 1442<br>CHICAGO, IL  60604 | Administrative | | $0.00 | $7,150.37 | $7,150.37 |
| 100<br>2700 | U.S. BANKRUPTCY COURT<br>ATTN; CLERK'S OFFICE<br>219 SOUTH DEARBORN<br>STREET<br>CHICAGO, IL  60604 | Administrative | Deferred adversary filing fees for:<br>(1) 11-01272 - $250;<br>(2) 12-01080 - $293;<br>(3) 11-02337 - $250.<br>TOTAL $793.00 | $0.00 | $793.00 | $793.00 |
| 3<br>50<br>4110 | FIFTH THIRD BANK<br>P.O. BOX 829009<br>DALLAS, TX  75382 | Secured | | $0.00 | $220,107.50 | $220,107.50 |

UST Form 101-7-TFR (5/1/2011) *(Page: 20)*

Exhibit C
## ANALYSIS OF CLAIMS REGISTER

Case Number: 1:10-47898-ABG                                                                    Date: October 29, 2015
Debtor Name: MICHAEL A. PINK
Claims Bar Date: 7/8/2011

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|--------|---------------------------|-------------|-------|-----------|---------|---------|
| 4<br>50<br>4110 | FIFTH THIRD BANK<br>P.O. BOX 829009<br>DALLAS, TX 75382 | Secured | | $0.00 | $38,010.66 | $38,010.66 |
| 5<br>50<br>4110 | JOAN MONTEZEMOLO<br>FUNKHOUSER VEGOSEN<br>LIEBMAN & DUNN LTD<br>55 W MONROE, STE 2300<br>CHICAGO, IL 60603 | Secured | (5-1) MODIFIED ON 07/08/2011 TO CORRECT ADDRESS (WE)<br>CLAIM WITHDRAWN 12/4/12 | $0.00 | $50,000.00 | $50,000.00 |
| 7B<br>50<br>4110 | SEAWAY BANK AND TRUST<br>COMPANY<br>645 E. 87TH STREET<br>CHICAGO, IL 60619 | Secured | (7-1) REAL ESTATE (PKG SPACES) AND INVENTORY AND A/R | $0.00 | $73,000.00 | $73,000.00 |
| 1<br>70<br>7100 | RBC BANK (USA)<br>C/O JOHN B SHOEMAKER, ESQ<br>PO DRAWER 1690<br>WINTER PARK, FL 32790 | Unsecured | | $0.00 | $818,255.20 | $818,255.20 |
| 2<br>70<br>7100 | RES-FL MARION SUMTER, LLC<br>C/C QUERREY & HARROW,<br>LTD.<br>175 W. JACKSON, STE 1600<br>CHICAGO, IL 60604 | Unsecured | (2-1) COMMERCIAL GUARANTY | $0.00 | $2,725,870.38 | $2,725,870.38 |
| 6<br>70<br>7100 | JOAN MONTEZEMOLO<br>FUNKHOUSER VEGOSEN<br>LIEBMAN & DUNN LTD<br>55 W MONROE, STE 2300<br>CHICAGO, IL 60603 | Unsecured | (6-1) MODIFIED ON 07/08/2011 TO CORRECT ADDRESS (WE)<br>CLAIM WITHDRAWN 12/8/12 | $0.00 | $75,000.00 | $75,000.00 |
| 7A<br>70<br>7100 | SEAWAY BANK AND TRUST<br>COMPANY<br>645 E. 87TH STREET<br>CHICAGO, IL 60619 | Unsecured | 71(7-1) REAL ESTATE (PKG SPACES) AND INVENTORY AND A/R | $0.00 | $102,000.00 | $102,000.00 |
| 8<br>70<br>7100 | RUTH ANN SCHMITT<br>761 Lawinger Road<br>Mineral Point, WI 53635 | Unsecured | | $0.00 | $123,915.04 | $123,915.04 |
| | Case Totals | | | $0.00 | $4,267,920.26 | $4,267,920.26 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 2                                                                    Printed: October 29, 2015

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-47898
Case Name: MICHAEL A. PINK
SHARON PORTER
Trustee Name: BARRY A. CHATZ

Balance on hand                               $           386,574.44

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3 | FIFTH THIRD BANK | $ 220,107.50 | $ 220,107.50 | $ 0.00 | $ 0.00 |
| 4 | FIFTH THIRD BANK | $ 38,010.66 | $ 38,010.66 | $ 0.00 | $ 0.00 |
| 7B | SEAWAY BANK AND TRUST COMPANY | $ 73,000.00 | $ 73,000.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors         $           0.00

Remaining Balance                             $           386,574.44

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BARRY A. CHATZ | $ 32,535.53 | $ 10,000.00 | $ 22,535.53 |
| Trustee Expenses: BARRY A. CHATZ | $ 218.73 | $ 97.58 | $ 121.15 |
| Attorney for Trustee Fees: GREGORY K. STERN, P.C. | $ 174,123.50 | $ 166,524.50 | $ 7,599.00 |
| Accountant for Trustee Fees: POPOWCER KATTEN, LTD. | $ 3,550.00 | $ 0.00 | $ 3,550.00 |
| Charges: U.S. BANKRUPTCY COURT | $ 793.00 | $ 0.00 | $ 793.00 |
| Other: GREGORY K. STERN | $ 7,150.37 | $ 7,150.37 | $ 0.00 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: POPOWCER KATTEN, LTD. | $          12.43 | $          0.00 | $          12.43 |

Total to be paid for chapter 7 administrative expenses          $          34,611.11

Remaining Balance          $          351,963.33

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,770,040.62 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | RBC BANK (USA) | $          818,255.20 | $          0.00 | $          76,390.64 |
| 2 | RES-FL MARION SUMTER, LLC | $          2,725,870.38 | $          0.00 | $          254,481.72 |
| 7A | SEAWAY BANK AND TRUST COMPANY | $          102,000.00 | $          0.00 | $          9,522.51 |
| 8 | RUTH ANN SCHMITT | $          123,915.04 | $          0.00 | $          11,568.46 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 351,963.33 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE