# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MICHAEL A. PINK | § | Case No. 10-47898 |
| SHARON PORTER | § | |
| | § | |
| | § | |
| Debtors | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL  60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on Wednesday, November 25, 2015 in Courtroom 642, U.S. COURTHOUSE, 219 S. DEARBORN ST., CHICAGO, IL 60604.

    If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/16/2015        By: /s/ Barry A. Chatz, Trustee
                                                               Trustee

*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL  60606*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
MICHAEL A. PINK § Case No. 10-47898
SHARON PORTER §
§
Debtors §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 585,710.57 |
| and approved disbursements of | $ | 199,136.13 |
| leaving a balance on hand of[1] | $ | 386,574.44 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3 | FIFTH THIRD BANK | $ 220,107.50 | $ 220,107.50 | $ 0.00 | $ 0.00 |
| 4 | FIFTH THIRD BANK | $ 38,010.66 | $ 38,010.66 | $ 0.00 | $ 0.00 |
| 7B | SEAWAY BANK AND TRUST COMPANY | $ 73,000.00 | $ 73,000.00 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors | $                0.00 |
| Remaining Balance | $          386,574.44 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BARRY A. CHATZ | $ 32,535.53 | $ 10,000.00 | $ 22,535.53 |
| Trustee Expenses: BARRY A. CHATZ | $ 218.73 | $ 97.58 | $ 121.15 |
| Attorney for Trustee Fees: GREGORY K. STERN, P.C. | $ 174,123.50 | $ 166,524.50 | $ 7,599.00 |
| Accountant for Trustee Fees: POPOWCER KATTEN, LTD. | $ 3,550.00 | $ 0.00 | $ 3,550.00 |
| Charges: U.S. BANKRUPTCY COURT | $ 793.00 | $ 0.00 | $ 793.00 |
| Other: GREGORY K. STERN | $ 7,150.37 | $ 7,150.37 | $ 0.00 |
| Other: POPOWCER KATTEN, LTD. | $ 12.43 | $ 0.00 | $ 12.43 |

Total to be paid for chapter 7 administrative expenses    $    34,611.11

Remaining Balance    $    351,963.33

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,770,040.62 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | RBC BANK (USA) | $ 818,255.20 | $ 0.00 | $ 76,390.64 |

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | RES-FL MARION SUMTER, LLC | $ 2,725,870.38 | $ 0.00 | $ 254,481.72 |
| 7A | SEAWAY BANK AND TRUST COMPANY | $ 102,000.00 | $ 0.00 | $ 9,522.51 |
| 8 | RUTH ANN SCHMITT | $ 123,915.04 | $ 0.00 | $ 11,568.46 |

Total to be paid to timely general unsecured creditors $ 351,963.33

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Barry A. Chatz, Trustee
Trustee

BARRY A. CHATZ
120 S. RIVERSIDE PLAZA
SUITE 1200
CHICAGO, IL  60606

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                        Case No. 10-47898-ABG
Michael A. Pink                                               Chapter 7
Sharon Porter
        Debtors
                            CERTIFICATE OF NOTICE
District/off: 0752-1          User: cweston            Page 1 of 2            Date Rcvd: Nov 02, 2015
                              Form ID: pdf006          Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 04, 2015.
db/jdb        +Michael A. Pink,    Sharon Porter,    1515 South Boulevard,    Evanston, IL 60202-2729
16331165      +FDIC,    550 17th St. NW,    Washington, DC 20429-0001
17500601      +Fifth Third Bank,    P.O. Box 829009,    Dallas, TX 75382-9009
16331166      +Fifth Third Bank,    1255 Green Bay Rd.,    Wilmette, IL 60091-1643
16331167      +First Suburban National Bank,    150 S. Fifth Ave.,    Maywood, IL 60153-1308
16331168      +Ford Ruthling,    313 E. Berger,    Santa Fe, NM 87505-2613
16331170      +Harvey Vandeven,    4801 SE 11th Pl.,    Ocala, FL 34471-8518
16331169      +Harvey Vandeven,    4260 NE 35th Street,    Ocala, FL 34479-3238
16593061      +Irvin M Weisman, MD,    712 N Deaborn St,    Chicago, IL 60654-3846
16426141      +Janus to Central Florida Inc,    405 N Wabash, Ste 2313,    Chicago, IL 60611-5666
16331171      +Joan Montezemolo,    Funkhouser Vegosen Liebman & Dunn Ltd,    55 W Monroe, Ste 2300,
                Chicago, IL 60603-5117
16331172      +Jones Walker Waechter Poitevent Carrere,    601 Brickell Key Drive,    Suite 500,
                Miami, FL 33131-2699
16426142      +MAP Real Estate,    405 N Wabash,    Unit 2313,    Chicago,IL 60611-5666
16331173      +Multibank 2009-1 Res-ADV Venture LLC,    700 NW 107 Avenue,    Suite 400,    Miami, FL 33172-3139
16331174      +Ocala National Bank,    3001 SE Maricamp Rd.,    Ocala, FL 34471-6249
16331162      +Pink Michael,    1515 South Boulevard,    Evanston, IL 60202-2729
16331163      +Porter Sharon,    1515 South Boulevard,    Evanston, IL 60202-2729
17253158      +RES-FL Marion Sumter, LLC,    c/c Querrey & Harrow, LTD.,    175 W. Jackson, Ste 1600,
                Chicago, IL 60604-2686
16331175       Royal Bank Of Canada,    P.O. Box 1220,    Rocky Mount, NC  27802-1220
16331176      +Ruth Ann Schmitt,    761 Lawinger Rd.,    Mineral Point, WI 53565-9177
17520984      +Seaway Bank and Trust Company,    645 E. 87th Street,    Chicago, IL 60619-6183
16426143      +Sumter Wade Development LLC,    405 N Wabash, Ste 2313,    Chicago, IL 60611-5666
16331164      +The Law Offices of Bradley H Foreman P,    120 S State St Suite 535,    Chicago, IL 60603-5509
16593060      +W. James Gooding III,    Gilligan King Gooding & Gifford,    1531 SE 36 Ave.,
                Ocala, FL 34471-4936
16331177       Wells Fargo Bank N.A.,    P.O. Box 54780,    Los Angeles, CA  90054-0780
16331178      +Wells Fargo Home Mortgage,    P.O. Box 5296,    Carol Stream, IL 60197-5296
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16331179*        Wells Fargo Home Mortgage,    P.O. Box 5296,    Carol Stream, IL  60197-5296
17229700      ##+RBC Bank (USA),    c/o John B Shoemaker, Esq,    PO Drawer 1690,    Winter Park, FL 32790-1690
                                                                                              TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2015                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 30, 2015 at the address(es) listed below:
              Adam P. Silverman    on behalf of Joint Debtor Sharon  Porter asilverman@ag-ltd.com,
               tslack@ag-ltd.com
              Adam P. Silverman    on behalf of Debtor Michael A. Pink asilverman@ag-ltd.com, tslack@ag-ltd.com
              Adam P. Silverman    on behalf of Defendant Michael A. Pink asilverman@ag-ltd.com,
               tslack@ag-ltd.com
              Adam P. Silverman    on behalf of Defendant Sharon  Porter asilverman@ag-ltd.com,
               tslack@ag-ltd.com
```

```
District/off: 0752-1          User: cweston              Page 2 of 2            Date Rcvd: Nov 02, 2015
                              Form ID: pdf006            Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Barry A Chatz    bachatz@arnstein.com,
           bchatz@ecf.epiqsystems.com;jbmedziak@arnstein.com;blsutton@arnstein.com;irsiabc@aol.com
          Christina M Riepel    on behalf of Plaintiff Barry A Chatz gstern2@flash.net
          Douglas C. Giese    on behalf of Attorney    Multibank 2009-1 RES-ADC Venture, LLC
           dgiese@querrey.com, dcgiese@hotmail.com
          Douglas C. Giese    on behalf of Attorney    RES-FL Marion Sumter, LLC dgiese@querrey.com,
           dcgiese@hotmail.com
          Gregory K Stern    on behalf of Counter-Defendant Barry A Chatz gstern1@flash.net,
           steve_horvath@ilnb.uscourts.gov
          Gregory K Stern    on behalf of Plaintiff Barry A Chatz gstern1@flash.net,
           steve_horvath@ilnb.uscourts.gov
          Gregory K Stern    on behalf of Trustee Barry A Chatz gstern1@flash.net,
           steve_horvath@ilnb.uscourts.gov
          Howard L. Adelman    on behalf of Debtor Michael A. Pink hla@ag-ltd.com, dbaird@ag-ltd.com
          Howard L. Adelman    on behalf of Defendant Sharon  Porter hla@ag-ltd.com, dbaird@ag-ltd.com
          Howard L. Adelman    on behalf of Defendant Michael A. Pink hla@ag-ltd.com, dbaird@ag-ltd.com
          Howard L. Adelman    on behalf of Joint Debtor Sharon  Porter hla@ag-ltd.com, dbaird@ag-ltd.com
          Joel P Fonferko    on behalf of Creditor    Wells Fargo Bank, NA ND-One@il.cslegal.com
          Leonard S. Becker    on behalf of Defendant Bernice  Pink lenbecker@sbcglobal.net
          Monica C O'Brien    on behalf of Plaintiff Barry A Chatz gstern1@flash.net
          Neil M Rosenbaum    on behalf of Creditor Joan  Montezemolo nrosenbaum@fvldlaw.com,
           DOCKET@FVLDLAW.COM
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Roman  Sukley    on behalf of U.S. Trustee Patrick S Layng USTPRegion11.es.ecf@usdoj.gov,
           roman.l.sukley@usdoj.gov;cameron.g.gulden@usdoj.gov
          Ronald  Austin, Jr.    on behalf of Defendant    Seaway Bank and Trust Company
           raustin@grantlawllc.com
          Vance L Liebman    on behalf of Creditor Joan  Montezemolo vliebman@fvldlaw.com
                                                                                             TOTAL: 23
```