**UNITED STATES BANKRUPTCY COURT**
**Northern District of Illinois**
**Eastern Division**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Case No. 10-47898 |
| Michael A. Pink & Sharon Porter | ) | |
| | ) | Chapter 7 |
| | ) | |
| | ) | Honorable Bruce W. Black |
| Debtor | ) | |

**NOTICE OF MOTION**

To:   Chief Civil Division                      Mr. Jeffrey P. Allsteadt, Clerk
     U.S. Attorney's Office                   Attention: Financial Administrator
     219 S. Dearborn Street                   219 S. Dearborn Street
     Chicago, Illinois 60604                  Chicago, Illinois 60604

     United States Trustee                    Trustee: Barry A Chatz
     219 South Dearborn Street                Arnstein & Lehr
     Suite 873                                120 South Riverside Plaza Ste 1200
     Chicago, Illinois 60604                  Chicago, IL 60606

PLEASE TAKE NOTICE that on **April 27, 2016, at 10:00 a.m.** or as soon thereafter as Counsel may be heard, I shall appear before the **Honorable Judge Bruce W. Black** or any judge sitting in his stead in **Courtroom 719**, at the **Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois,** and shall then and there present and request a hearing instanter as to **PNC Bank National Association's Motion to Withdraw Money Under 28 U.S.C. § 2042**, a copy of which is served upon you**.**

                              /s/ James M. Crowley
                              James M. Crowley, Esq.
                              Attorney for
                              PNC Bank, National Association

CERTIFICATION

I, James M. Crowley, an attorney on oath state that I caused to be served this Notice of Motion and **PNC Bank National Association's Motion to Withdraw Money Under 28 U.S.C. ' 2042** by mailing a copy to all parties by depositing same in the U.S. Mail at 221 North LaSalle Street, Chicago, Illinois before 5:00 p.m., on March 28, 2016, with proper postage prepaid, as well as to those parties on the referenced service list via electronic notice via the Court's ECF filing system.

/s/ James M. Crowley
Attorney for
PNC Bank, National Association


James M. Crowley, Esq.
Crowley & Lamb, P.C.
IL Bar # 6182597
221 N. LaSalle Street, Suite 1550
Chicago, Illinois 60601
312-670-6900
Fax: 312-494-6610
Email:jcrowley@crowleylamb.com

## UNITED STATES BANKRUPTCY COURT

### Northern District of Illinois
### Eastern Division

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Case No. 10-47898 |
| Michael A. Pink & Sharon Porter | ) | |
| | ) | Chapter 7 |
| | ) | |
| | ) | Honorable Bruce W. Black |
| Debtor | ) | |

### Motion to Withdraw Money
### Under 28 U.S.C. § 2042

PNC Bank, National Association, (the "claimant"), by and through its attorney James M.

Crowley, Esq. of Crowley & Lamb, P.C., moves this Court to order the withdrawal of moneys on

deposit for the estate in the name of RBC Bank (USA), creditor, and the payment of these

moneys to claimant and in support of this motion states:

1.      On March 22, 2016, the trustee of this estate deposited the sum of $76,390.64

belonging to the creditor with the Clerk of Court [Doc. No. 218].

2,      The claimant certifies that on or about March 2, 2012, the creditor RBC Bank

(USA) merged into PNC Bank, National Association.  Attached hereto as Exhibit "A" is a true

and correct copy of the webpage of the Federal Deposit Insurance Corporation webpage

evidencing the merger of creditor into claimant.

3.      Claimant certifies that based on the merger:

A. The claimant is the creditor in whose behalf these moneys were deposited and

is entitled to the money deposited.

B. ~~The claimant is not the creditor but is entitled to payment of these moneys~~

~~because~~ *(please state the basis for your claim to the moneys)*

_____
(i)   If claimant is heir of decreased creditor, attach copies of death certificate and heirship order of court.
(ii)  If claimant is assignee of creditor, attach copy of assignment.
(iii) If claimant is corporate successor of creditor, attach copies of all documents demonstrating such status.
(iv)  If claimant is an agent of creditor for purposes of filing this application, attach a copy of the agency agreement
(v)   Attach other documents showing entitlement should none of the foregoing apply.

*(Please attach a copy of any supporting document).*

4.      The creditor did not receive the initial dividend check in the above case for the following

reason:

> Dividends were not collected by the creditor, RBC Bank (USA), prior to the merger nor by PNC subsequent to the merger.  Based on the Notice of Deposit of Funds filed by the Trustee, the unclaimed funds of $76,390.64 has been deposited with the Clerk of the Bankruptcy Court

5.      The claimant/creditor's current mailing address and phone number is:

> PNC Bank, National Association
> Attn: David L. Zive
> 1600 Market Street, 28th Floor
> Philadelphia, PA  19103
> 215-585-6351

6.      The creditor's Statement of Social Security or Employer Identification Number and

Vendor Information/TIN Certification are attached hereto as Group Exhibit "B".

WHEREFORE, PNC Bank, National Association respectfully requests this court enter an

order directing the Clerk of the Bankruptcy Court to pay to PNC Bank, National Association, the

sum of $76,390.64 and to mail same to the claimant's address set forth in paragraph 5 above.

| | |
|---|---|
| Dated: March 28, 2016 | /s/ James M. Crowley |
| | James M. Crowley, Esq. |
| | Crowley & Lamb, P.C. |
| | IL Bar # 6182597 |
| | 221 N. LaSalle Street, Suite 1550 |
| | Chicago, Illinois 60601 |
| | 312-670-6900 |
| | Fax: 312-494-6610 |
| | Email:jcrowley@crowleylamb.com |

---

(i)   If claimant is heir of decreased creditor, attach copies of death certificate and heirship order of court.
(ii)  If claimant is assignee of creditor, attach copy of assignment.
(iii) If claimant is corporate successor of creditor, attach copies of all documents demonstrating such status.
(iv)  If claimant is an agent of creditor for purposes of filing this application, attach a copy of the agency agreement
(v)   Attach other documents showing entitlement should none of the foregoing apply.