# UNITED STATES BANKRUPTCY COURT
### NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

In re:                              §
                                    §
MICHAEL A. PINK                     §      Case No. 10-47898
SHARON PORTER                       §
                                    §
                                    §
            Debtors                 §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 1,396,842.28          Assets Exempt: 218,057.72
*(Without deducting any secured claims)*

Total Distributions to Claimants: 351,963.33     Claims Discharged
                                                 Without Payment:  6,809,510.29

Total Expenses of Administration:  233,747.24

3) Total gross receipts of $ 585,710.57  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 585,710.57  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 1,006,627.00 | $ 381,118.16 | $ 381,118.16 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 233,747.24 | 233,747.24 | 233,747.24 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,384,806.00 | 3,845,040.62 | 3,845,040.62 | 351,963.33 |
| **TOTAL DISBURSEMENTS** | $ 3,391,433.00 | $ 4,459,906.02 | $ 4,459,906.02 | $ 585,710.57 |

4)  This case was originally filed under chapter 7 on  10/26/2010 .  The case was pending for 66 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  04/05/2016                      By:/s/BARRY A. CHATZ
                                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| STOCK, BUSINESS INTERESTS - MAP REAL ESTATE, INC. | 1110-000 | 96,733.40 |
| STOCK, BUSINESS INTERESTS - .617% OF GRP-BRICKTOWN LLC | 1129-000 | 6,600.00 |
| TAX REFUNDS - 2009 FEDERAL INCOME TAX REFUND | 1224-000 | 748.00 |
| TAX REFUNDS - 2010 FEDERAL INCOME TAX REFUND | 1224-000 | 8,125.00 |
| TAX REFUNDS - 2010 STATE INCOME TAX REFUND | 1224-000 | 3,348.00 |
| BANK ACCOUNTS - HSBC ACCOUNT IN PANAMA FOR MAP INTERNATIONAL | 1229-000 | 128,856.70 |
| PREFERENCE SETTLEMENT WITH BOREL PRIVATE BANK | 1229-000 | 30,832.37 |
| PREFERENCE SETTLEMENT WITH BERNICE PINK FOR JEWELRY TURNED O | 1241-000 | 17,000.00 |
| PREFERENCE SETTLEMENT WITH FIFTH THIRD BANK | 1241-000 | 28,308.00 |
| PREFERENCE SETTLEMENT WITH JOAN MONTEZEMOLO | 1241-000 | 25,000.00 |

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| REFUND OF RETAINER PAID TO ATTORNEY STEVENS & ASSOCIATES | 1241-000 | 27,727.34 |
| PREFERENCE SETTLEMENT WITH DEBTORS | 1249-000 | 200,000.00 |
| Post-Petition Interest Deposits | 1270-000 | 319.73 |
| SANCTIONS AWARDED TO TRUSTEE | 1290-000 | 12,112.03 |
| **TOTAL GROSS RECEIPTS** | | **$585,710.57** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fifth Third Bank 1255 Green Bay Rd. Wilmette, IL 60091 | | 219,000.00 | NA | NA | 0.00 |
| | Fifth Third Bank 1255 Green Bay Rd. Wilmette, IL 60091 | | 37,400.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First Suburban National Bank 150 S. Fifth Ave. Maywood, IL  60153 | | 175,000.00 | NA | NA | 0.00 |
| | Wells Fargo Home Mortgage P.O. Box 5296 Carol Stream, IL  60197 | | 207,449.00 | NA | NA | 0.00 |
| | Wells Fargo Home Mortgage P.O. Box 5296 Carol Stream, IL  60197-5296 | | 367,778.00 | NA | NA | 0.00 |
| 3 | FIFTH THIRD BANK | 4110-000 | NA | 220,107.50 | 220,107.50 | 0.00 |
| 4 | FIFTH THIRD BANK | 4110-000 | NA | 38,010.66 | 38,010.66 | 0.00 |
| 5 | JOAN MONTEZEMOLO | 4110-000 | NA | 50,000.00 | 50,000.00 | 0.00 |
| 7B | SEAWAY BANK AND TRUST COMPANY | 4110-000 | NA | 73,000.00 | 73,000.00 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 1,006,627.00 | $ 381,118.16 | $ 381,118.16 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | 2100-000 | NA | 32,535.53 | 32,535.53 | 32,535.53 |
| BARRY A. CHATZ | 2200-000 | NA | 218.73 | 218.73 | 218.73 |
| Arthur B. Levine Company | 2300-000 | NA | 284.41 | 284.41 | 284.41 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 448.14 | 448.14 | 448.14 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 479.75 | 479.75 | 479.75 |
| BANK OF NEW YORK  MELLON | 2600-000 | NA | 8,451.38 | 8,451.38 | 8,451.38 |
| U.S. BANKRUPTCY COURT | 2700-000 | NA | 793.00 | 793.00 | 793.00 |
| MARK ENGEL | 2990-000 | NA | 500.00 | 500.00 | 500.00 |
| GREGORY K. STERN, P.C. | 3210-000 | NA | 174,123.50 | 174,123.50 | 174,123.50 |
| GREGORY K. STERN, PC | 3210-002 | NA | 0.00 | 0.00 | 0.00 |
| GREGORY K. STERN | 3220-000 | NA | 7,150.37 | 7,150.37 | 7,150.37 |
| GREGORY K. STERN, P.C. | 3220-002 | NA | 0.00 | 0.00 | 0.00 |
| GREGORY K. STERN, PC | 3220-002 | NA | 0.00 | 0.00 | 0.00 |
| POPOWCER KATTEN, LTD. | 3410-000 | NA | 3,550.00 | 3,550.00 | 3,550.00 |
| POPOWCER KATTEN, LTD. | 3420-000 | NA | 12.43 | 12.43 | 12.43 |
| ADJUSTMENT FOR REVERSAL OF CHECK 30 | 3711-000 | NA | 2,600.00 | 2,600.00 | 2,600.00 |
| CASSIOPEIA FINE ARTS, LTD. | 3711-000 | NA | 2,600.00 | 2,600.00 | 2,600.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 233,747.24 | $ 233,747.24 | $ 233,747.24 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | FDIC 550 17th St. NW Washington, DC  20429 | | 0.00 | NA | NA | 0.00 |
| | Ford Ruthling 313 E. Berger Santa Fe, NM  87501 | | 200,000.00 | NA | NA | 0.00 |
| | Harvey Vandeven 4801 SE 11th Pl. Ocala, FL  34471 | | 850,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Joan Montezemolo 420 E. Waterside Apt. 4010 Chicago, IL  60601 | | 50,000.00 | NA | NA | 0.00 |
| | Multibank 2009-1 Res-ADV Venture LLC 700 NW 107 Avenue Suite 400 Miami, FL 33172 | | 0.00 | NA | NA | 0.00 |
| | Ocala National Bank 3001 SE Maricamp Rd. Ocala, FL 34471 | | 0.00 | NA | NA | 0.00 |
| | Royal Bank Of Canada P.O. Box 1220 Rocky Mount, NC 27802-1220 | | 812,500.00 | NA | NA | 0.00 |
| | Ruth Ann Schmitt 761 Lawinger Rd. Mineral Point, WI  53635 | | 100,000.00 | NA | NA | 0.00 |
| | Wells Fargo Bank N.A. P.O. Box 54780 Los Angeles, CA 90054-0780 | | 133,628.00 | NA | NA | 0.00 |
| | Wells Fargo Home Mortgage P.O. Box 5296 Carol Stream, IL  60197-5296 | | 238,678.00 | NA | NA | 0.00 |
| 6 | JOAN MONTEZEMOLO | 7100-000 | NA | 75,000.00 | 75,000.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | RES-FL MARION SUMTER, LLC | 7100-000 | NA | 2,725,870.38 | 2,725,870.38 | 254,481.72 |
| 8 | RUTH ANN SCHMITT | 7100-000 | NA | 123,915.04 | 123,915.04 | 11,568.46 |
| 7A | SEAWAY BANK AND TRUST COMPANY | 7100-000 | NA | 102,000.00 | 102,000.00 | 9,522.51 |
| 1 | RBC BANK (USA) | 7100-001 | NA | 818,255.20 | 818,255.20 | 76,390.64 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 2,384,806.00 | $ 3,845,040.62 | $ 3,845,040.62 | $ 351,963.33 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 10-47898 | ABG | Judge: | A. Benjamin Goldgar | Trustee Name: | BARRY A. CHATZ |
| Case Name: | MICHAEL A. PINK | | | | Date Filed (f) or Converted (c): | 10/26/2010 (f) |
| | SHARON PORTER | | | | 341(a) Meeting Date: | 12/07/2010 |
| For Period Ending: | 04/05/2016 | | | | Claims Bar Date: | 07/08/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  REFUND OF RETAINER PAID TO ATTORNEY STEVENS & ASSOCIATES (u) | 0.00 | 27,727.34 | | 27,727.34 | FA |
| 2.  REAL PROPERTY - UNIT 2313, 405 N WABASH, CHICAGO | 200,000.00 | 0.00 | | 0.00 | FA |
| 3.  REAL PROPERTY - PARKING SPACE AT 405 NORTH WABASH | 50,000.00 | 0.00 | | 0.00 | FA |
| 4.  REAL PROPERTY - 1515 SOUTH BLVD., EVANSTON, IL | 305,500.00 | 0.00 | | 0.00 | FA |
| 5.  CLOTHING | 400.00 | 0.00 | | 0.00 | FA |
| 6.  IRA, KEOGH, PENSION | Unknown | Unknown | | 0.00 | FA |
| 7.  STOCK, BUSINESS INTERESTS - .617% OF GRP-BRICKTOWN LLC | 750.00 | 6,600.00 | | 6,600.00 | FA |
| 8.  STOCK, BUSINESS INTERESTS - 50% INTEREST IN SP-002 LLC WHICH | 500,000.00 | 0.00 | | 0.00 | FA |
| 9.  STOCK, BUSINESS INTERESTS - 9% MEMBERSHIP INTEREST IN FIREPI | 0.00 | 0.00 | | 0.00 | FA |
| 10. STOCK, BUSINESS INTERESTS - MAP REAL ESTATE, INC. | 0.00 | 96,733.40 | | 96,733.40 | FA |
| 11. STOCK, BUSINESS INTERESTS - PARTIAL INTEREST IN JANUS TO CEN | 187,500.00 | 0.00 | | 0.00 | FA |
| 12. EQUITABLE OR FUTURE INTERESTS - BERNICE PINK IRREVOCABLE TRU | 0.00 | 0.00 | | 0.00 | FA |
| 13. EQUITABLE OR FUTURE INTERESTS - DAVID AND INEZ MYERS FAMILY | 0.00 | 0.00 | | 0.00 | FA |
| 14. AUTOMOBILES, TRUCKS, TRAILERS | 1,500.00 | 0.00 | | 0.00 | FA |
| 15. PREFERENCE SETTLEMENT WITH FIFTH THIRD BANK (u) | 0.00 | 28,308.00 | | 28,308.00 | FA |
| 16. REAL PROPERTY - 1231 NW 102 BLVD., WILDWOOD, FL (u) | 370,000.00 | 0.00 | | 0.00 | FA |
| 17. BANK ACCOUNTS - HSBC ACCOUNT IN PANAMA FOR MAP INTERNATIONAL (u) | 0.00 | 128,856.70 | | 128,856.70 | FA |
| 18. SANCTIONS AWARDED TO TRUSTEE (u) | 0.00 | 12,112.03 | | 12,112.03 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 10-47898 | ABG | Judge: | A. Benjamin Goldgar | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|---|---|
| Case Name: | MICHAEL A. PINK | | | | Date Filed (f) or Converted (c): | 10/26/2010 (f) |
| | SHARON PORTER | | | | 341(a) Meeting Date: | 12/07/2010 |
| For Period Ending: | 04/05/2016 | | | | Claims Bar Date: | 07/08/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 19.  TAX REFUNDS - 2010 FEDERAL INCOME TAX REFUND (u) | 350.00 | 0.00 | | 8,125.00 | FA |
| 20.  TAX REFUNDS - 2010 STATE INCOME TAX REFUND (u) | 0.00 | 0.00 | | 3,348.00 | FA |
| 21.  TAX REFUNDS - 2009 FEDERAL INCOME TAX REFUND (u) | 0.00 | 0.00 | | 748.00 | FA |
| 22.  PREFERENCE SETTLEMENT WITH BERNICE PINK FOR JEWELRY TURNED O (u) | 0.00 | 0.00 | | 17,000.00 | FA |
| 23.  PREFERENCE SETTLEMENT WITH BOREL PRIVATE BANK (u) | 0.00 | 30,832.37 | | 30,832.37 | FA |
| 24.  BANK ACCOUNTS - ASSOCIATED BANK JOINT CHECKING (u) | Unknown | 0.00 | | 0.00 | FA |
| 25.  PREFERENCE SETTLEMENT WITH JOAN MONTEZEMOLO (u) | 0.00 | 25,000.00 | | 25,000.00 | FA |
| 26.  BANK ACCOUNTS - CLOSED ACCOUNT AT ROYAL BANK OF CANADA (u) | 0.00 | N/A | | 0.00 | FA |
| 27.  PREFERENCE SETTLEMENT WITH DEBTORS (u) | 0.00 | 200,000.00 | | 200,000.00 | FA |
| 28.  BANK ACCOUNTS - FIFTH THIRD CHECKING ACCOUNT FOR HELOC PAYME (u) | 0.00 | 0.00 | | 0.00 | FA |
| 29.  BANK ACCOUNTS - HEALTH SAVINGS ACCOUNT AT ACS/BNYM (u) | 0.00 | 0.00 | | 0.00 | FA |
| 30.  BANK ACCOUNTS - HEALTH SAVINGS ACCOUNT AT ACS/BNYM (u) | 0.00 | 0.00 | | 0.00 | FA |
| 31.  HOUSEHOLD ITEMS (FURNITURE, UTENSILS, APPLIANCES) (u) | 0.00 | 0.00 | | 0.00 | FA |
| 32.  BOOKS, PICTURES, ART, COLLECTIONS (u) | 0.00 | 0.00 | | 0.00 | FA |
| 33.  BOOKS COMPACT DISCS, RECORD ALBUMS (u) | 0.00 | 0.00 | | 0.00 | FA |
| 34.  BOOKS, PICTURES, ART, COLLECTIONS - ROCK COLLECTION, WEAVING (u) | 0.00 | 0.00 | | 0.00 | FA |
| 35.  BOOKS, PICTURES, ART, COLLECTIONS - ART IN POSSESSION OF HOW (u) | 0.00 | 0.00 | | 0.00 | FA |
| 36.  ISURANCE POLICIES - INSURANCE TRUST (u) | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 10-47898 | ABG | Judge: | A. Benjamin Goldgar | Trustee Name: | BARRY A. CHATZ |
| Case Name: | MICHAEL A. PINK | | | | Date Filed (f) or Converted (c): | 10/26/2010 (f) |
| | SHARON PORTER | | | | 341(a) Meeting Date: | 12/07/2010 |
| For Period Ending: | 04/05/2016 | | | | Claims Bar Date: | 07/08/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 37.  IRA, ERISA, KEOGH, OTHER - ENTRUST GREAT LAKES CLIENT SERVIC (u) | 0.00 | 0.00 | | 0.00 | FA |
| 38.  IRA, ERISA, KEOGH, OTHER - ENTRUST GREAT LAKES CLIENT SERVIC (u) | 0.00 | 0.00 | | 0.00 | FA |
| 39.  IRA, ERISA, KEOGH, OTHER - MAP MERRILL LYNCH PENSION FUND (u) | 0.00 | 0.00 | | 0.00 | FA |
| 40.  IRA, ERISA, KEOGH, OTHER - MERRILL LYNCH IRA (u) | 0.00 | 0.00 | | 0.00 | FA |
| 41.  IRA, ERISA, KEOGH, OTHER - MERRILL LYNCH IRA (u) | 0.00 | 0.00 | | 0.00 | FA |
| 42.  IRA, ERISA, KEOGH, OTHER - TWO ACCOUNTS HELD AT ASSOCIATED B (u) | 0.00 | 0.00 | | 0.00 | FA |
| INT.  Post-Petition Interest Deposits          (u) | Unknown | N/A | | 319.73 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $1,616,000.00 | $556,169.84 | | $585,710.57 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

EIN for Michael Pink 38-6970106
EIN for Sharon Porter 38-7069668

| RE PROP # | 1 | -- | REFUND OF RETAINER PAID TO ATTORNEY STEVENS & ASSOCIATES DURING THE PREFERENCE PERIOD BY DEBTOR |
| RE PROP # | 2 | -- | Condominium at 405 North Wabash Unit 2313 used for office purposes |
| RE PROP # | 3 | -- | Deeded parking space at 405 N. Wabash Building |
| RE PROP # | 4 | -- | Single family home at 1515 South Boulevard, Evanston, Illinois |
| RE PROP # | 5 | -- | Usual clothing for two adults |

Exhibit 8



| RE PROP # | 6 | -- | DEBTOURS ARE OWNERS OF REIRA, LLC, AN ILLINOIS COMPANY ESTABLISHED FOR THEIR IRA FUNDS FOR INVESTMENT PURPOSES. THE MEMBERSHIP INTEREST HAS NO INTRINSIC MARKET VALUE AND THE FUNDS HELD BY REIRA LLC ARE INCLUDED IN THE SEPARATE LISTING OF DEBTORS' EXEMPT IRA FUNDS |
| RE PROP # | 7 | -- | .617% of GRP-Bricktown LLC sold pursuant to Court Order entered 4/13/11 (Docket No. 79) |
| RE PROP # | 8 | -- | 50% interest in SP-002, LLC, which owns 72.5 acre parcel in Wildwood, Florida |
| RE PROP # | 9 | -- | 9% membership interest in Firepit Restaurant LLC, a California LLC |
| RE PROP # | 10 | -- | MAP Real Estate, Inc. interest sold pursuant to Court Order |
| RE PROP # | 11 | -- | Partial interest in Janus to Central Florida, Inc.; this entity is the general partner in Sumter Porta, LLLP, an entity that owns Wildwood Florida, 25-acre parcel of vacant land; Sumter Porta LLLP is also a member of Sumter Wade Development LLC |
| RE PROP # | 12 | -- | Debtor is a one-third owner under an Irrevocable Trust Agreement created by Bernice Pink in 1994. This trust owns a residence at 100 East Huron, Chicago, Unit 1107. The grantor is still living. Debtor's interest in this trust is not property of the estate and may not be reached by creditors of any beneficiary. |
| RE PROP # | 13 | -- | Debtor is beneficiary of David and Inez Myers Family Charitable Lead Trust Agreement created in 1976. The value is unknown and the debtor's interest is not property of the estate because it is an irrevocable trust whose assets may not be reached by creditors. |
| RE PROP # | 14 | -- | 1998 Toyota Camry with 100,000 miles |
| RE PROP # | 15 | -- | PREFERENCE PAYMENTS TO FIFTH THIRD BANK MADE BY DEBTOR DURING PREFERENCE PERIOD |
| RE PROP # | 16 | -- | Farm land located at 1231 Northwest 102nd Blvd., Wildwood, Florida |
| RE PROP # | 17 | -- | Account held at HSBC in Panama for use and benefit of MAP International Foundation (account has zero balance) TRUSTEE OBTAINED TURNOVER OF FUNDS THAT WERE PREVIOUSLY HELD BY PANAMA ATTORNEY GILBERTO AROSOMENA CLAIMED VALUE $139,000.00 |
| RE PROP # | 18 | -- | Sanctions Awarded to Trustee pursuant to court orders entered: (1) 6/4/12 for $940.38 in 10B47898; (2) 5/2/12 for $1,650.00 in 11A01272; and (3) 11/5/12 for $9,521.65 in 11C6003. |
| RE PROP # | 19 | -- | 2010 FEDERAL INCOME TAX REFUND |
| RE PROP # | 20 | -- | 2010 STATE INCOME TAX REFUND |
| RE PROP # | 21 | -- | 2009 FEDERAL INCOME TAX REFUND |
| RE PROP # | 22 | -- | Pursuant to Settlement Agreement approved by Court Order entered 6/27/12 (Docket Item No. 169) for jewelry turned over to Bernice Pink prepetition |
| RE PROP # | 23 | -- | Adversary 12A1080 - Settlement with Borel Private Bank and Trust Company, A Division of Boston Private Bank and Trust Company, as Trustee of Testamentary Trust of Ira Pink pursuant to Order entered 9/5/12 (Docket Item No. 172) |
| RE PROP # | 25 | -- | Preference Settlement for art work transferred to Joan Montezemolo during the preference period pursuant to Court Order entered 11/21/12 (Docket No. 182) |
| RE PROP # | 27 | -- | SETTLEMENT AGREEMENT WITH DEBTORS FOR PREFERENCE ACTIONS PURSUANT TO COURT ORDER ENTERED 7/10/13 (DOCKET NO. 192) |
| RE PROP # | 29 | -- | VALUED BY DEBTOR AT $97.03 |

Exhibit 8

RE PROP #  32  --  1 small dinosaur sculpture (scrap bronze value @ $1.70/lb = prox.) $25; 4 kingfisher prints (@same value provided by FL dealer who has the other prints) $240; used photos of Yosemite (@ price given by two dealers) $120; 1 photo of moonrise (@ price given by photographer) $50; 1 photo of cowboy boots (@ price given by photographer) $50; 12 copper luster pottery (@ price given by antique dealer) $90; 1 small area rug $50; 4 old books $50; 2 quilts $100; 4 small Indian baskets $200 (total of these items is $975)

RE PROP #  33  --  VALUED BY DEBTOR AT $500.00

RE PROP #  35  --  23 RICHARD BOWDLER SHARPE FAMILY OF KINGFISHERS PRINTS ($1,160); 1 PEONY IMAGE BY BASEL BESLER ($1,500); 4 SEA SHELLS ($40); TOTAL VALUE ($2,700)

RE PROP #  36  --  HUSBAND IS GRANTOR AND WIFE IS TRUSTEE OF LIFE INSURANCE TRUST THAT OWNS TERM POLICY

RE PROP #  37  --  CLAIMED VALUE $6,100.00

RE PROP #  38  --  CLAIMED VALUE $7,300.00

RE PROP #  39  --  CLAIMED VALUE $423.87

RE PROP #  40  --  CLAIMED VALUE $6,500.00

RE PROP #  41  --  CLAIMED VALUE $5,400.00

RE PROP #  42  --  CLAIMED VALUE $13,500.00

Initial Projected Date of Final Report (TFR): 12/31/2011        Current Projected Date of Final Report (TFR): 03/31/2016

## FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 10-47898

Case Name: MICHAEL A. PINK

SHARON PORTER

Taxpayer ID No: XX-XXX0106

For Period Ending: 04/05/2016

Trustee Name: BARRY A. CHATZ

Bank Name: Union Bank

Account Number/CD#: XXXXXX0441

Checking

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/21/15 | | Transfer from Acct # xxxxxx9162 | Transfer of Funds | 9999-000 | $386,574.44 | | $386,574.44 |
| 11/30/15 | 400001 | BARRY A. CHATZ 120 S. RIVERSIDE PLAZA CHICAGO, IL 60606-0000 | Distribution | | | $22,656.68 | $363,917.76 |
| | | BARRY A. CHATZ | Final distribution representing a payment of 100.00 % per court order. | ($22,535.53) 2100-000 | | | |
| | | BARRY A. CHATZ | Final distribution representing a payment of 100.00 % per court order. | ($121.15) 2200-000 | | | |
| 11/30/15 | 400002 | U.S. BANKRUPTCY COURT ATTN; CLERK'S OFFICE 219 SOUTH DEARBORN STREET CHICAGO, IL 60604 | Final distribution representing a payment of 100.00 % per court order. | 2700-000 | | $793.00 | $363,124.76 |
| 11/30/15 | 400003 | GREGORY K. STERN, P.C. 53 WEST JACKSON BOULEVARD SUITE 1428 CHICAGO, IL 60604 | Final distribution representing a payment of 100.00 % per court order. | 3210-000 | | $7,599.00 | $355,525.76 |
| 11/30/15 | 400004 | POPOWCER KATTEN, LTD. 35 EAST WACKER DRIVE SUITE 1550 CHICAGO, IL 60601-2207 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $3,550.00 | $351,975.76 |
| 11/30/15 | 400005 | POPOWCER KATTEN, LTD. 35 EAST WACKER DRIVE SUITE 1550 CHICAGO, IL 60601-2124 | Final distribution representing a payment of 100.00 % per court order. | 3420-000 | | $12.43 | $351,963.33 |
| 11/30/15 | 400006 | RBC BANK (USA) C/O JOHN B SHOEMAKER, ESQ PO DRAWER 1690 WINTER PARK, FL 32790 | Final distribution to claim 1 representing a payment of 9.34 % per court order. | 7100-001 | | $76,390.64 | $275,572.69 |
| 11/30/15 | 400007 | RES-FL MARION SUMTER, LLC C/C QUERREY & HARROW, LTD. 175 W. JACKSON, STE 1600 CHICAGO, IL 60604 | Final distribution to claim 2 representing a payment of 9.34 % per court order. | 7100-000 | | $254,481.72 | $21,090.97 |

Page Subtotals: $386,574.44 $365,483.47

UST Form 101-7-TDR (10/1/2010) (Page: 15)

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: 10-47898 | Trustee Name: BARRY A. CHATZ | |
| Case Name: MICHAEL A. PINK | Bank Name: Union Bank | |
| SHARON PORTER | Account Number/CD#: XXXXXX0441 | |
| | Checking | |
| Taxpayer ID No: XX-XXX0106 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 04/05/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/30/15 | 400008 | SEAWAY BANK AND TRUST COMPANY<br><br>645 E. 87TH STREET<br>CHICAGO, IL  60619 | Final distribution to claim 7 representing a payment of 9.34 % per court order. | 7100-000 | | $9,522.51 | $11,568.46 |
| 11/30/15 | 400009 | RUTH ANN SCHMITT<br>761 Lawinger Road<br>Mineral Point, WI  53635 | Final distribution to claim 8 representing a payment of 9.34 % per court order. | 7100-000 | | $11,568.46 | $0.00 |
| 03/10/16 | 400006 | RBC BANK (USA)<br>C/O JOHN B SHOEMAKER, ESQ<br>PO DRAWER 1690<br>WINTER PARK, FL  32790 | Final distribution to claim 1 representing a payment of 9.34 % per court order. Reversal CHECK RETURNED UNCASHED (Remit to Court per Trustee) | 7100-001 | | ($76,390.64) | $76,390.64 |
| 03/11/16 | 400010 | Clerk, U.S. Bankruptcy Court | Remit To Court Claim no. 1 turnover of funds | 7100-001 | | $76,390.64 | $0.00 |
| 03/12/16 | 400008 | SEAWAY BANK AND TRUST COMPANY<br><br>645 E. 87TH STREET<br>CHICAGO, IL  60619 | Final distribution to claim 7 representing a payment of 9.34 % per court order. Reversal | 7100-000 | | ($9,522.51) | $9,522.51 |
| 03/23/16 | 400011 | SEAWAY BANK AND TRUST COMPANY<br><br>645 E. 87TH STREET<br>CHICAGO, IL  60619 | Remit To Court Reversal FUNDS ARE TO BE TURNED OVER TO U.S. BANKRUPTCY COURT - CHECK INCORRECTLY PRINTED PAYABLE TO SEAWAY BANK AND TRUST COMPANY | 7100-000 | | ($9,522.51) | $19,045.02 |
| 03/23/16 | 400011 | SEAWAY BANK AND TRUST COMPANY<br><br>645 E. 87TH STREET<br>CHICAGO, IL  60619 | Remit To Court Claim No. 0007 unclaimed/uncashed - remit to Court | 7100-001 | | $9,522.51 | $9,522.51 |
| 03/23/16 | 400012 | Clerk, U.S. Bankruptcy Court | Remit To Court | 7100-001 | | $9,522.51 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $386,574.44 | $386,574.44 |
| Less: Bank Transfers/CD's | $386,574.44 | $0.00 |
| Subtotal | $0.00 | $386,574.44 |
| Page Subtotals: | $0.00 | $21,090.97 |

UST Form 101-7-TDR (10/1/2010) (Page: 16)

Less: Payments to Debtors                    $0.00              $0.00
                                             $0.00        $386,574.44
Net

Exhibit 9

Page Subtotals:                            $0.00              $0.00

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 10-47898 | Trustee Name: BARRY A. CHATZ |
| Case Name: MICHAEL A. PINK | Bank Name: Bank of America |
| SHARON PORTER | Account Number/CD#: XXXXXX7196 |
| | Money Market Account (Interest Earn |
| Taxpayer ID No: XX-XXX0106 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/05/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/07/11 | 1 | STEVENS & ASSOCIATES 111 WEST JACKSON 14TH FLOORCHICAGO, IL 60604-3589 | PREFERENCE SETTLEMENT | 1241-000 | $27,695.40 | | $27,695.40 |
| 04/07/11 | 1 | STEVENS & ASSOCIATES 111 WEST JACKSON 14TH FLOORCHICAGO, IL 60604-3589 | PREFERENCE SETTLEMENT | 1241-000 | $31.94 | | $27,727.34 |
| 04/25/11 | 7 | SCOTT INBINDER BETH INBINDER1116 WEST WOLFRAM STREETCHICAGO, IL 60657 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $3,300.00 | | $31,027.34 |
| 04/25/11 | 7 | DAVID J. LASKY TRUST 9430 WEST BRYN MAWR AVENUESUITE 850CHICAGO, IL 60631-3448 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | $3,300.00 | | $34,327.34 |
| 04/29/11 | 15 | FIFTH THIRD BANK | PREFERENCE SETTLEMENT | 1241-000 | $28,308.00 | | $62,635.34 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.14 | | $62,635.48 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.52 | | $62,636.00 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.51 | | $62,636.51 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.63 | | $62,637.14 |
| 07/29/11 | 17 | GILBERTO AROSOMENA | BANK ACCOUNT Bank Serial #: 000000 | 1229-000 | $128,856.70 | | $191,493.84 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $1.63 | | $191,495.47 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $1.57 | | $191,497.04 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $1.63 | | $191,498.67 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $243.96 | $191,254.71 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $1.57 | | $191,256.28 |

Page Subtotals: $191,500.24   $243.96

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 10-47898 | Trustee Name: BARRY A. CHATZ |
| Case Name: MICHAEL A. PINK | Bank Name: Bank of America |
| SHARON PORTER | Account Number/CD#: XXXXXX7196 |
| | Money Market Account (Interest Earn |
| Taxpayer ID No: XX-XXX0106 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/05/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $235.79 | $191,020.49 |
| 12/14/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | $0.68 | | $191,021.17 |
| 12/14/11 | | Transfer to Acct # XXXXXX7659 | Final Posting Transfer | 9999-000 | | $191,021.17 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $191,500.92 | $191,500.92 |
| Less: Bank Transfers/CD's | $0.00 | $191,021.17 |
| Subtotal | $191,500.92 | $479.75 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $191,500.92 | $479.75 |

| | | |
|---|---|---|
| Page Subtotals: | $0.68 | $191,256.96 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: 10-47898 | | | Trustee Name: BARRY A. CHATZ |
| Case Name: MICHAEL A. PINK | | | Bank Name: Bank of America |
| SHARON PORTER | | | Account Number/CD#: XXXXXX7659 |
| | | | BofA - Checking Account |
| Taxpayer ID No: XX-XXX0106 | | | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/05/2016 | | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/14/11 | | Transfer from Acct # XXXXXX7196 | Transfer In From MMA Account | 9999-000 | $191,021.17 | | $191,021.17 |
| 12/16/11 | INT | FOREIGN CURRENCY FEE LITIGATION FUN Settlement Claim PaymentP.O. Box 290Philadelphia, PA 19105-0290 | INTEREST | 1270-000 | $253.21 | | $191,274.38 |
| 01/05/12 | 3001 | BARRY A. CHATZ, TRUSTEE OF THE ESTA of Michael Pink and Sharon Porter120 S. Riverside Plaza, Suite 1200Chicago, IL 60606 | TRUSTEE COMPENSATION PER 1/4/12 COURT ORDER | | | $10,097.58 | $181,176.80 |
| | | CHATZ, BARRY A. | ($10,000.00) | 2100-000 | | | |
| | | CHATZ, BARRY A. | ($97.58) | 2200-000 | | | |
| 01/05/12 | 3002 | GREGORY K. STERN, P.C. 53 WEST JACKSON BOULEVARDSUITE 1442CHICAGO, IL  60604 | ATTORNEY FOR TRUSTEE | | | $77,083.54 | $104,093.26 |
| | | GREGORY K. STERN, P.C. | ($73,328.50) | 3210-000 | | | |
| | | STERN, GREGORY K. | ($3,755.04) | 3220-000 | | | |
| 01/20/12 | | Transfer to Acct # XXXXXX4273 | BANK FUNDS TRANSFER | 9999-000 | | $104,093.26 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $191,274.38 | $191,274.38 |
| Less: Bank Transfers/CD's | $191,021.17 | $104,093.26 |
| Subtotal | $253.21 | $87,181.12 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $253.21 | $87,181.12 |

| Page Subtotals: | $191,274.38 | $191,274.38 |
|---|---|---|

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: 10-47898 | Trustee Name: BARRY A. CHATZ | Exhibit 9 |
| Case Name: MICHAEL A. PINK | Bank Name: Congressional Bank | |
| SHARON PORTER | Account Number/CD#: XXXXXX4273 | |
| | Checking Account | |
| Taxpayer ID No: XX-XXX0106 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 04/05/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/20/12 | | Transfer from Acct # XXXXXX7659 | BANK FUNDS TRANSFER | 9999-000 | $104,093.26 | | $104,093.26 |
| 02/06/12 | 3001 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREETSUITE 420NEW ORLEANS, LA 70139 | CHAPTER 7 BOND PREMIUM PRO RATA SHARE OF TRUSTEE'S BLANKET BOND PREMIUM | 2300-000 | | $108.32 | $103,984.94 |
| 06/05/12 | 18 | THE LAW OFFICES OF BRADLEY H. FOREM 120 S. State StreetSuite 535Chicago, IL 60603-5503 | OTHER RECEIPTS | 1290-000 | $1,650.00 | | $105,634.94 |
| 06/06/12 | | MICHAEL PINK AND SHARON PORTER | TAX REFUND | | $12,221.00 | | $117,855.94 |
| | | | Gross Receipts          $12,221.00 | | | | |
| | 20 | | TAX REFUNDS - 2010 STATE INCOME TAX REFUND     $3,348.00 | 1224-000 | | | |
| | 19 | | TAX REFUNDS - 2010 FEDERAL INCOME TAX REFUND     $8,125.00 | 1224-000 | | | |
| | 21 | | TAX REFUNDS - 2009 FEDERAL INCOME TAX REFUND     $748.00 | 1224-000 | | | |
| 06/06/12 | 3002 | GREGORY K. STERN, P.C. 53 WEST JACKSON BOULEVARDSUITE 1442CHICAGO, ILLINOIS 60604 | ATTORNEY FOR TRUSTEE | | | $43,333.73 | $74,522.21 |
| | | GREGORY K. STERN, P.C. | ATTORNEY FOR TRUSTEE     $0.00 | 3210-000 | | | |
| | | GREGORY K. STERN, P.C. | ATTORNEY FOR TRUSTEE     $0.00 | 3220-002 | | | |
| | | GREGORY K. STERN, P.C. | ($41,617.00) | 3210-000 | | | |
| | | STERN, GREGORY K. | ($1,716.73) | 3220-002 | | | |
| 06/11/12 | 3003 | MARK ENGEL PRO-GEMS JEWELERS, LTD.5 SOUTH WABASH, SUITE 200CHICAGO, IL 50502 | ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO COURT ORDER ENTERED 2/22/12 JEWELRY APPRAISER | 2990-000 | | $500.00 | $74,022.21 |

Page Subtotals:          $117,964.26          $43,942.05

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 10-47898 | Trustee Name: BARRY A. CHATZ | |
| Case Name: MICHAEL A. PINK | Bank Name: Congressional Bank | |
| SHARON PORTER | Account Number/CD#: XXXXXX4273 | |
| | Checking Account | |
| Taxpayer ID No: XX-XXX0106 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 04/05/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/18/12 | 22 | BERNICE PINK | LIQUIDATION OF UNSCHEDULED ASSET | 1241-000 | $4,250.00 | | $78,272.21 |
| 07/09/12 | 22 | BERNICE PINK | LIQUIDATION OF UNSCHEDULED ASSET | 1241-000 | $4,250.00 | | $82,522.21 |
| 08/13/12 | 22 | BERNICE PINK | LIQUIDATION OF UNSCHEDULED ASSET | 1241-000 | $4,250.00 | | $86,772.21 |
| 08/29/12 | 18 | LAW OFFICES OF BRADLEY H. FOREMAN 120 S. STATE STREET, SUITE 535CHICAGO, IL 60603-5503 | OTHER RECEIPTS | 1290-000 | $940.38 | | $87,712.59 |
| 09/13/12 | 22 | BERNICE PINK | LIQUIDATION OF UNSCHEDULED ASSET | 1241-000 | $4,250.00 | | $91,962.59 |
| 09/28/12 | 3004 | CASSIOPEIA FINE ARTS, LTD. 330 South Dearborn StreetChicago, IL 60604 | ADMINISTRATIVE EXPENSE CLAIM APPRAISAL SERVICES FOR ARTWORK PURSUANT TO 10/17/11 COURT ORDER | 3711-000 | | $2,600.00 | $89,362.59 |
| 10/18/12 | 23 | BOSTON PRIVATE BANK & TRUST COMPANY | LIQUIDATION OF UNSCHEDULED ASSET | 1229-000 | $30,832.37 | | $120,194.96 |
| 12/01/12 | | Reverses Check # 3005 | PREFERENCE SETTLEMENT CHECK RECEIVED FROM JOAN K. MONTEZEMOLO - NOT MADE PAYABLE TO JOAN K. MONTEZEMOLO | 1241-000 | $25,000.00 | | $145,194.96 |
| 12/01/12 | 25 | JOAN K. MONTEZEMOLO 420 E. WATERSIDE DRIVEUNIT 4010CHICAGO, IL 60601 | LIQUIDATION OF UNSCHEDULED ASSET | 1241-000 | $25,000.00 | | $170,194.96 |
| 12/01/12 | 3005 | JOAN K. MONTEZEMOLO 420 E. WATERSIDE DRIVEUNIT 4010CHICAGO, IL 60601 | PREFERENCE SETTLEMENT | 1241-000 | ($25,000.00) | | $145,194.96 |
| 12/14/12 | 18 | LAW OFFICES OF BRADLEY H. FOREMAN P 120 S. State StreetSuite 535Chicago, IL 60603-5503 | LIQUIDATION OF UNSCHEDULED ASSET | 1290-000 | $1,500.00 | | $146,694.96 |

| | | | Page Subtotals: | | $75,272.75 | $2,600.00 | |

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 10-47898 | Trustee Name: BARRY A. CHATZ |
| Case Name: MICHAEL A. PINK | Bank Name: Congressional Bank |
| SHARON PORTER | Account Number/CD#: XXXXXX4273 |
| | Checking Account |
| Taxpayer ID No: XX-XXX0106 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/05/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/14/12 | 18 | LAW OFFICES OF BRADLEY H FOREMAN, P 120 S. STATE STREETSUITE 535CHICAGO, IL 60603 | LIQUIDATION OF UNSCHEDULED ASSET | 1290-000 | $521.65 | | $147,216.61 |
| 01/11/13 | 18 | LAW OFFICES OF BRADLEY H. FOREMAN, 120 S. STATE STREETSUITE 535CHICAGO, IL 60603-5503 | LIQUIDATION OF UNSCHEDULED ASSET | 1290-000 | $625.00 | | $147,841.61 |
| 01/22/13 | 3006 | GREGORY K. STERN, PC 53 WEST JACKSON BOULEVARDSUITE 1442CHICAGO, IL 60604 | ATTORNEY FOR TRUSTEE | | | $36,529.15 | $111,312.46 |
| | | GREGORY K. STERN, PC | ATTORNEY FOR TRUSTEE $0.00 | 3210-002 | | | |
| | | GREGORY K. STERN, PC | ATTORNEY FOR TRUSTEE $0.00 | 3220-002 | | | |
| | | GREGORY K. STERN, P.C. | ($34,861.00) | 3210-000 | | | |
| | | STERN, GREGORY K. | ($1,668.15) | 3220-000 | | | |
| 02/19/13 | | Trsf To BANK OF NEW YORK  MELLON | FINAL TRANSFER | 9999-000 | | $111,312.46 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $194,383.66 | $194,383.66 |
| Less: Bank Transfers/CD's | $104,093.26 | $111,312.46 |
| Subtotal | $90,290.40 | $83,071.20 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $90,290.40 | $83,071.20 |

| | | |
|---|---|---|
| Page Subtotals: | $1,146.65 | $147,841.61 |

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: 10-47898 | | Trustee Name: BARRY A. CHATZ | Exhibit 9 |
|---|---|---|---|
| Case Name: MICHAEL A. PINK | | Bank Name: The Bank of New York Mellon | |
| SHARON PORTER | | Account Number/CD#: XXXXXX9162 | |
| | | Checking Account | |
| Taxpayer ID No: XX-XXX0106 | | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 04/05/2016 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/19/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | $111,312.46 | | $111,312.46 |
| 02/21/13 | 300001 | INTERNATIONAL SURETIES, LTD. 701 Poydras Street, Suite 420New Orleans, LA 70139 | CHAPTER 7 BOND PREMIUM | 2300-000 | | $94.31 | $111,218.15 |
| 02/22/13 | 18 | BRADLEY H. FOREMAN, P.C. 120 S. STATE STREETSUITE 535CHICAGO, IL 60603 | LITIGATION SETTLEMENT | 1290-000 | $625.00 | | $111,843.15 |
| 03/07/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | $53.46 | $111,789.69 |
| 03/11/13 | 18 | BRADLEY H. FOREMAN, P.C. 120 S. STATE STREETSUITE 535CHICAGO, IL 60603-5503 | LITIGATION SETTLEMENT | 1290-000 | $625.00 | | $112,414.69 |
| 03/27/13 | 18 | BRADLEY H. FOREMAN, PC 120 S. State StreetSuite 535Chicago, IL 60603-5503 | LITIGATION SETTLEMENT | 1290-000 | $625.00 | | $113,039.69 |
| 04/05/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | $166.85 | $112,872.84 |
| 05/01/13 | 18 | BRADLEY H. FOREMAN, P.C. 120 SOUTH STATE STREETSUITE 535CHICAGO, IL 60603 | LIQUIDATION OF UNSCHEDULED ASSET | 1290-000 | $625.00 | | $113,497.84 |
| 05/07/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | $162.38 | $113,335.46 |
| 05/09/13 | 18 | BRADLEY H. FOREMAN, P.C. 120 S. State StreetSuite 535Chicago, IL 60603-5503 | LITIGATION SETTLEMENT | 1290-000 | $625.00 | | $113,960.46 |
| 05/15/13 | 18 | BRADLEY H. FOREMAN, P.C. 120 S. STATE STREETSUITE 535CHICAGO, IL 60603-5503 | LITIGATION SETTLEMENT | 1290-000 | $625.00 | | $114,585.46 |
| 06/07/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | $169.46 | $114,416.00 |
| 06/11/13 | 18 | BRADLEY H. FOREMAN, P.C. 120 S. STATE STREETSUITE 535CHICAGO, IL 60603 | LIQUIDATION OF UNSCHEDULED ASSET | 1290-000 | $625.00 | | $115,041.00 |

| | | | Page Subtotals: | | $115,687.46 | $646.46 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | | |
|---|---|---|---|
| Case No: 10-47898 | | Trustee Name: BARRY A. CHATZ | |
| Case Name: MICHAEL A. PINK | | Bank Name: The Bank of New York Mellon | |
| SHARON PORTER | | Account Number/CD#: XXXXXX9162 | |
| | | Checking Account | |
| Taxpayer ID No: XX-XXX0106 | | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 04/05/2016 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/01/13 | 18 | LAW OFFICES OF BRADLEY H FOREMAN, P 120 SOUTH STATE STREETSUITE 535CHICAGO, IL 60603-5503 | SETTLEMENT | 1290-000 | $625.00 | | $115,666.00 |
| 07/05/13 | 18 | BRADLEY H. FOREMAN, P.C. 120 SOUTH STATE STREETSUITE 535CHICAGO, IL 60603-5503 | SETTLEMENT | 1290-000 | $625.00 | | $116,291.00 |
| 07/08/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | $165.16 | $116,125.84 |
| 07/18/13 | 18 | BRADLEY H. FOREMAN, P.C. 120 SOUTH STATE STREETSUITE 535CHICAGO, IL 60603-5503 | SETTLEMENT | 1290-000 | $625.00 | | $116,750.84 |
| 07/19/13 | INT | AMERICAN EXPRESS FOREIGN CURRENCY FEE LITIGATION SETTLE FUND | INTEREST | 1270-000 | $57.64 | | $116,808.48 |
| 07/28/13 | 18 | LAW OFFICES OF BRADLEY FOREMAN, P.C 120 SOUTH STATE STREETSUITE 535CHICAGO, IL 60603-5503 | LITIGATION SETTLEMENT | 1290-000 | $625.00 | | $117,433.48 |
| 08/07/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | $201.48 | $117,232.00 |
| 08/30/13 | 27 | WIRE IN FROM DEBTORS PER SETTLEMENT | LITIGATION SETTLEMENT | 1249-000 | $200,000.00 | | $317,232.00 |
| 09/09/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | $471.20 | $316,760.80 |
| 10/07/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | $455.80 | $316,305.00 |
| 11/07/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | $470.26 | $315,834.74 |
| 12/06/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | $454.42 | $315,380.32 |
| 12/20/13 | 300002 | GREGORY K. STERN, P.C. 53 WEST JACKSON BOULEVARDSUITE 1442CHICAGO, IL 60604 | ATTORNEY FOR TRUSTEE PURSUANT TO 12/18/13 COURT ORDER | | | $16,728.45 | $298,651.87 |
| | | GREGORY K. STERN, P.C. | ($16,718.00) | 3210-000 | | | |

| | | |
|---|---|---|
| Page Subtotals: | $202,557.64 | $18,946.77 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: 10-47898 | Trustee Name: BARRY A. CHATZ | Exhibit 9 |
| Case Name: MICHAEL A. PINK | Bank Name: The Bank of New York Mellon | |
| SHARON PORTER | Account Number/CD#: XXXXXX9162 | |
| | Checking Account | |
| Taxpayer ID No: XX-XXX0106 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 04/05/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | STERN, GREGORY K. | ($10.45) | 3220-000 | | | |
| 01/08/14 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | $468.86 | $298,183.01 |
| 02/03/14 | 300003 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET, SUITE 420NEW ORLEANS, LA 70139 | CHAPTER 7 BOND PREMIUM | 2300-000 | | $245.51 | $297,937.50 |
| 02/07/14 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | $444.95 | $297,492.55 |
| 03/05/14 | 300004 | CASSIOPEIA FINE ARTS, LTD. 330 SOUTH DEARBORNCHICAGO, IL 60604 | CONSULTANT FEES PURSUANT TO COURT ORDER | 3711-000 | | $2,600.00 | $294,892.55 |
| 03/07/14 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | $399.62 | $294,492.93 |
| 03/11/14 | 300004 | Reverses Check # 300004 | CONSULTANT FEES DUPLICATE PAYMENT | 3711-000 | | ($2,600.00) | $297,092.93 |
| 03/21/14 | | ADJUSTMENT FOR REVERSAL OF CHECK 30 | ADJUSTMENT OUT | 3711-000 | | $2,600.00 | $294,492.93 |
| 04/07/14 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | $441.68 | $294,051.25 |
| 05/07/14 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | $423.83 | $293,627.42 |
| 06/06/14 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | $436.54 | $293,190.88 |
| 07/08/14 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | $421.82 | $292,769.06 |
| 08/07/14 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | $435.28 | $292,333.78 |
| 09/08/14 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | $434.62 | $291,899.16 |
| 10/07/14 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | $420.00 | $291,479.16 |
| 11/07/14 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | 2600-000 | | $433.35 | $291,045.81 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $7,606.06 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 10-47898 | Trustee Name: BARRY A. CHATZ | |
| Case Name: MICHAEL A. PINK | Bank Name: The Bank of New York Mellon | |
| SHARON PORTER | Account Number/CD#: XXXXXX9162 | |
| | Checking Account | |
| Taxpayer ID No: XX-XXX0106 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 04/05/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/05/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $418.75 | $290,627.06 |
| 12/23/14 | 10 | WIRE FROM CLOSING OF PANAMA REAL ES | LIQUIDATION OF OTHER ASSET | 1110-000 | $96,733.40 | | $387,360.46 |
| 01/08/15 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $501.61 | $386,858.85 |
| 02/04/15 | 300005 | Arthur B. Levine Company Surety Bond Agency 60 East 42nd Street - Room 965 New York, NY 10165 | 2015 Bond Premium | 2300-000 | | $284.41 | $386,574.44 |
| 08/21/15 | | Transfer to Acct # xxxxxx0441 | Transfer of Funds | 9999-000 | | $386,574.44 | $0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | $414,978.50 | $414,978.50 |
| Less: Bank Transfers/CD's | | $111,312.46 | $386,574.44 |
| Subtotal | | $303,666.04 | $28,404.06 |
| Less: Payments to Debtors | | $0.00 | $0.00 |
| Net | | $303,666.04 | $28,404.06 |

| | | |
|---|---|---|
| Page Subtotals: | $96,733.40 | $387,779.21 |

UST Form 101-7-TDR (10/1/2010) *(Page: 27)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0441 - Checking | $0.00 | $386,574.44 | $0.00 |
| XXXXXX4273 - Checking Account | $90,290.40 | $83,071.20 | $0.00 |
| XXXXXX7196 - Money Market Account (Interest Earn | $191,500.92 | $479.75 | $0.00 |
| XXXXXX7659 - BofA - Checking Account | $253.21 | $87,181.12 | $0.00 |
| XXXXXX9162 - Checking Account | $303,666.04 | $28,404.06 | $0.00 |
| | $585,710.57 | $585,710.57 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $585,710.57 |
| Total Gross Receipts: | $585,710.57 |