## UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois
### Eastern Division

| | |
|---|---|
| In Re: | ) |
| | ) Case No. 10-47898 |
| Michael A. Pink & Sharon Porter | ) |
| | ) Chapter 7 |
| | ) |
| | ) Honorable Bruce W. Black |
| Debtor | ) |

## ORDER

IT IS HEREBY ORDERED that the Clerk of the United States Bankruptcy Court is directed to pay $76,390.64 to PNC Bank, National Association, claimant, in the above captioned case.

Claimant's last four digits of Social Security number or EIN #: 6430

Dated: 4/27/16

_____
Bruce W. Black
United States Bankruptcy Judge

Payment to be mailed to:

PNC Bank, National Association
Attn: David L. Zive
1600 Market Street, 28th Floor
Philadelphia, PA 19103